FILED 2010 FEB 18 PM 2:03 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES BY ___

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

February 2009 Grand Jury

| UNITED STATES OF AMERICA, | ) | CR No. 10 00163 |
|---|---|---|
| Plaintiff, | ) | I N D I C T M E N T |
| v. | ) | [18 U.S.C. § 242: Deprivation of Rights Under Color of Law] |
| ANTHONY SCLAFANI, | ) | |
| Defendant. | ) | |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 242]

On or about February 24, 2005, in Riverside County, within the Central District of California, defendant ANTHONY SCLAFANI, then a sworn law enforcement officer employed by the City of Desert Hot Springs Police Department, while acting under color of law, did stun J.W. with an X26 Taser gun, a dangerous weapon, after J.W. had been arrested and handcuffed, which resulted in bodily injury to J.W., and thereby did willfully deprive J.W. of the right secured and protected by the Constitution and laws of

COM/SA:com/sa

1 | the United States to be secure in his person against an
2 | unreasonable search and seizure.
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

```
 1                          COUNT TWO
 2                       [18 U.S.C. § 242]
 3        On or about February 25, 2005, in Riverside County, within
 4   the Central District of California, defendant ANTHONY SCLAFANI,
 5   then a sworn law enforcement officer employed by the City of
 6   Desert Hot Springs Police Department, while acting under color of
 7   law, did spray A.V.'s face and eyes with pepper spray and did
 8   stun A.V. with an X26 Taser gun, a dangerous weapon, after A.V.
 9   had been detained, which resulted in bodily injury to A.V., and
10   thereby did willfully deprive A.V. of the right secured and
11   protected by the Constitution and laws of the United States to be
12   secure in her person against an unreasonable search and seizure.
13                          A TRUE BILL
14
15                              _____/S/_____
                                       Foreperson
16
17
18   GEORGE S. CARDONA
     Acting United States Attorney
19
20   CHRISTINE C. EWELL
21   Assistant United States Attorney
     Chief, Criminal Division
22
     ROBERT E. DUGDALE
23   Assistant United States Attorney
     Chief, Violent & Organized Crime Section
24
     STEVEN M. ARKOW
25   Assistant United States Attorney
26   CHERYL O'CONNOR MURPHY
     Assistant United States Attorney
27
28
```