FILED
2010 FEB 18 PM 2:03
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ___

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

February 2009 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 10 00163 |
| Plaintiff, ) | I N D I C T M E N T |
| v. ) | [18 U.S.C. § 242: Deprivation of Rights Under Color of Law] |
| ANTHONY SCLAFANI, ) | |
| Defendant. ) | |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 242]

On or about February 24, 2005, in Riverside County, within the Central District of California, defendant ANTHONY SCLAFANI, then a sworn law enforcement officer employed by the City of Desert Hot Springs Police Department, while acting under color of law, did stun J.W. with an X26 Taser gun, a dangerous weapon, after J.W. had been arrested and handcuffed, which resulted in bodily injury to J.W., and thereby did willfully deprive J.W. of the right secured and protected by the Constitution and laws of

COM/SA:com/sa

1 | the United States to be secure in his person against an
2 | unreasonable search and seizure.

## COUNT TWO

[18 U.S.C. § 242]

On or about February 25, 2005, in Riverside County, within the Central District of California, defendant ANTHONY SCLAFANI, then a sworn law enforcement officer employed by the City of Desert Hot Springs Police Department, while acting under color of law, did spray A.V.'s face and eyes with pepper spray and did stun A.V. with an X26 Taser gun, a dangerous weapon, after A.V. had been detained, which resulted in bodily injury to A.V., and thereby did willfully deprive A.V. of the right secured and protected by the Constitution and laws of the United States to be secure in her person against an unreasonable search and seizure.

A TRUE BILL

/S/
_____
Foreperson

GEORGE S. CARDONA
Acting United States Attorney

*Christine C. Ewell*

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Violent & Organized Crime Section

STEVEN M. ARKOW
Assistant United States Attorney

CHERYL O'CONNOR MURPHY
Assistant United States Attorney