**ORIGINAL**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CR 10-163-JHN |
| v. | |
| ANTHONY SCLAFANI | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 08-05 (Related Criminal Case) |
| DEFENDANT(S). | |

## CONSENT

**TRANSFER ORDER DECLINED**

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 08-05.

_____    _____
Date                                      United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth below:

Case 09-893 involves a different Δ-officer who "tasered" a different person (i.e. W.C.) on a different date than involved in Case 10-163. Neither case alleges a conspiracy or any other inter-relation between the two alleged events, nor is the Officer's employer (the City of Hot Springs) named as a Δ.

April 15, 2010                           George H. W[signature]
Date                                      United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case **CR 09-843-GHW** _____ and the present case:

☒ A.  Arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
☐ B.  Involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

**TRANSFER ORDER DECLINED**

Notice to Counsel from Clerk

On all documents subsequently filed in this case, please substitute the initials _____ after the case number in place of the initials of the prior judge, so that the case number will read _____. This is very important because traditionally filed documents are routed to the assigned judge by means of these initials.

Traditionally filed subsequent documents must be filed at the:  ☐ Western  ☐ Southern  ☐ Eastern Division.
Failure to file at the proper location will result in your documents being returned to you.

cc:  ☐ PSALA   ☐ PSASA   ☐ PSAED   ☐ USMLA   ☐ USMSA   ☐ USMED   ☐ Previous Judge   ☐ Statistics Clerk

CR-59 (12/07)   ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 08-05 (Related Criminal Case)