# RIVERSIDE COUNTY SHERIFF'S DEPARTMENT
## PROPERTY REPORT

| 1. Date | 2. Time | 3. Offense | 4. File Number |
|---|---|---|---|
| 04/5/10 | 0945 | Misc Non Crim | BY10097001? |

5. ☒ Receipt  ☐ Release   6. ☐ Evidence  ☐ Found Property  ☒ Safe Keeping  ☐ 12028.5 PC (See Below)

7. Name: Saclafani Anthony

8. Residence Address: 1120 N. Seaside Star Dr. Beaumont 92223   Phone: 951-922-6643

9. Business Address:   Phone: 951-990-1709

| 10. Item | 11. Quantity | 12. Description |
|---|---|---|
| 1 | 1 | Bushmaster AD-15 Seal = L165744 cal 223 MOD XM15-E2S Black Composite Stock |
| 2 | 1 | Rueger 357 Magnum # V05805 Silver w/ Brown Handle in Green Case |
| 3 | 1 | Sig Sauer P220 ST, G327795 Silver / Black Grip |
| 4 | 1 | Glock 27 40 cal PUK771U55 Blk/Blk |
| 5 | 1 | Smith + Wesson Model 642 38 Special ?????? BUA0493 |

13. Signature of Owner or Agent: [signature]
14. Received or Released by: Runion, J
I.D. No. 26605

15. **AFFIDAVIT OF FINDER OF PROPERTY**

I declare that on: DATE _____ TIME _____ I found or saved the above described property and that the owner is not known to me. I have not secreted, withheld or disposed of any part of said property; and I have saved the property from

In the following manner _____

I declare under PENALTY OF PERJURY that the foregoing is true.

Signed: _____   Date: _____
Witness: _____   Date: _____

2010 APR 15 PM 3:16
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIF.
LOS ANGELES
BY ___
FILED

If you wish to claim the above described property, contact this department after ninety (90) days. If the owner is not located and you have not contacted this department within one hundred twenty (120) days, the property will be disposed of.

16. **12028.5 PC WEAPONS/FIREARMS SEIZURE**

Weapons and/or firearms seized and taken into temporary custody, pursuant to 12028.5 P.C. shall be held by the seizing agency. Individuals seeking the return of the firearm must complete and submit a Law Enforcement Gun Release Application to the Department of Justice except when forfeiture proceedings are initiated by the seizing agency in accordance with 12028.5(e) PC. Such application may be obtained from any Law Enforcement agency.

For further information, contact the Property Room Clerk of the _____ Station at phone number _____ during normal business hours. You will be notified within ten (10) business days if forfeiture proceedings are initiated. Weapons and/or firearms not claimed within twelve (12) months of the date of seizure shall be deemed a nuisance and disposed of in accordance with 12028 (d) PC.

17. Page ____ of ____ Pages

Form No. 409 (Rev 5/2009)   Distribution: WHITE-Records; CANARY-Receipt

# RIVERSIDE COUNTY SHERIFF'S DEPARTMENT
## PROPERTY REPORT

| 1. Date | 2. Time | 3. Offense | 4. File Number |
|---|---|---|---|
| 04/05/10 | 0945 | Misc non criminal | TB1009700017 |

| 5. ☒ Receipt  ☐ Release | 6. ☐ Evidence  ☐ Found Property  ☒ Safe Keeping  ☐ 12028.5 PC (See Below) |
|---|---|

**7. Name** SCALAFANI, ANTHONY

**8. Residence Address** 1120 N. SIDEWINDER DR, BEAUMONT 92223  **Phone** 951-922-6643

**9. Business Address**  **Phone** 951-990-1709

| 10. Item | 11. Quantity | 12. Description |
|---|---|---|
| 6 | 1 | Sig Sauer P229 " AE200857 Blk/Blk |

13. Signature of Owner or Agent: [signature]
14. Received or Released by: Ramos, J
I.D. No. 7465

### 15. AFFIDAVIT OF FINDER OF PROPERTY

I declare that on: DATE _____ TIME _____ I found or saved the above described property and that the owner is not known to me. I have not secreted, withheld or disposed of any part of said property; and I have saved the property from

In the following manner _____

I declare under PENALTY OF PERJURY that the foregoing is true.

Signed: _____  Date: _____

Witness: _____  Date: _____

If you wish to claim the above described property, contact this department after ninety (90) days. If the owner is not located and you have not contacted this department within one hundred twenty (120) days, the property will be disposed of.

### 16. 12028.5 PC WEAPONS/FIREARMS SEIZURE

Weapons and /or firearms seized and taken into temporary custody, pursuant to 12028.5 P.C. shall be held by the seizing agency. Individuals seeking the return of the firearm must complete and submit a Law Enforcement Gun Release Application to the Department of Justice except when forfeiture proceedings are initiated by the seizing agency in accordance with 12028.5(e) PC. Such application may be obtained from any Law Enforcement agency.

For further information, contact the Property Room Clerk of the _____ Station at phone number _____ during normal business hours. You will be notified within ten (10) business days if forfeiture proceedings are initiated. Weapons and/or firearms not claimed within twelve (12) months of the date of seizure shall be deemed a nuisance and disposed of in accordance with 12028 (d) PC.

17. Page _____ of _____ Pages

Form No. 409 (Rev 5/2009)  Distribution: WHITE-Records; CANARY-Receipt