ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN M. ARKOW (California Bar No. 143755)
CHERYL O'CONNOR MURPHY (California Bar No. 173897)
Assistant United States Attorneys
     1120 United States Courthouse
     312 North Spring Street
     Los Angeles, California  90012
     Telephone: (213) 894-6975/0759
     Facsimile: (213) 894-6269
     Email:     steven.arkow@usdoj.gov
                cheryl.murphy@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 2:10-cr-00163-JHN-1 |
| ) | |
| Plaintiff, ) | <u>PROTECTIVE ORDER GOVERNING</u> |
| ) | <u>DISCLOSURE OF MATERIAL IN</u> |
| v. ) | <u>DISCOVERY</u> |
| ) | |
| ANTHONY SCLAFANI, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

Based upon and adopting the reasons set forth in the Stipulation Re: Protective Order Governing Disclosure Of Material In Discovery filed concurrently on August 3, 2010 by the government, joined in by defendant and defendant's counsel of record, Michael D. Schwartz, pursuant to Rule 16(d)(1) (Protective and Modifying Orders), and for good cause shown to allow the government to meet defendant's discovery request and the government's discovery obligations, certain documents the government produces to the defense will be governed under the

terms of this protective order under the following terms and conditions:

    (a)  The government is directed to produce to counsel for defendant materials that have been provided to the United States Attorney's Office that are employee personnel and victim information to the extent that such materials are subject to the government's discovery obligations;

    (b)  Defendant and counsel for defendant will not provide these materials or otherwise disclose their contents to anyone else, except as necessary in preparation of the defense of this criminal case to employees and agents of counsel for defendant's law firm under counsel's supervision who have agreed to abide by the terms of the Court's protective order;

    (c)  Such materials covered by the Court's protective order shall be disclosed only to defendant and counsel for defendant, and employees and agents of counsel for defendant's law firm under counsel's supervision who have agreed to abide by the terms of the Court's protective order;

    (d)  All pleadings filed with the Court which contain information revealed in the materials covered by the Court's protective order shall be submitted to the Court by being filed under seal, and shall not be unsealed, absent prior notice to the government and a subsequent Court order;

    (e)  Defendant, counsel for defendant, and employees and agents of counsel for defendant's law firm, are directed to return the materials covered by the Court's protective order (and any and all reproductions of these materials) to counsel for the government within 30 days of the conclusion of the proceedings in

this criminal case;

(f) The parties agree that in the event that the defense intends to use or disclose any of the information revealed in the material covered by the Court's protective order at a hearing, trial, or any other proceeding, counsel for defendant will provide to counsel for the government advance notice but not later than December 1, 2010 a proffer of the specific fact(s) sought by the defense to be used or disclosed during cross-examination of the witness(es) in order to allow the government sufficient time to seek a Court ruling, if appropriate, to preclude such use or disclosure; and

(g) The parties agree that the procedures for use of disclosing the contents of personnel information and other files containing victim identity and personal information during any hearing, trial, or any other proceeding shall be determined by the parties and the Court in advance. The parties agree to consider redacting information from documents to protect confidentiality and request the Court to submit such documents under seal.

IT IS SO ORDERED.

DATED: August 4, 2010

_____
HONORABLE JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE

Presented by:

_____
STEVEN M. ARKOW
Assistant United States Attorney