ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN M. ARKOW (California Bar No. 143755)
CHERYL L. O'CONNOR (California Bar No. 173897)
Assistant United States Attorneys
  1100/1300 United States Courthouse
  312 North Spring Street
  Los Angeles, California  90012
  Telephone: (213) 894-6975/0759
  Facsimile: (213) 894-6269/6436
  E-mail: steven.arkow@usdoj.gov
          cheryl.oconnor@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:10-cr-00163-JHN-1 |
| Plaintiff, | ) <u>ORDER ALLOWING DISCLOSURE OF</u> <u>GRAND JURY TESTIMONY</u> |
| v. | ) |
| ANTHONY SCLAFANI, | ) Trial Date: February 1, 2011 |
| Defendant. | ) Courtroom of the Honorable Jacqueline H. Nguyen |

For good cause shown, IT IS HEREBY ORDERED that plaintiff, United States of America, may supply defense counsel of record with a copy of the grand jury testimony of any witness whom the government may call at trial or that may constitute <u>Brady</u> or <u>Giglio</u> material.  The purpose of this order is to enable defendant to prepare his defense and to permit compliance with the disclosure provisions of the Jencks Act, 18 U.S.C. § 3500, Federal Rule of Criminal Procedure 26.2, and the government's constitutional discovery obligations.

1    IT IS FURTHER ORDERED that defense counsel shall not
2 disclose such grand jury testimony to any other person or
3 persons, except as necessary in preparation of the defense,
4 without prior authorization from this Court, and that the copy of
5 the testimony provided to defense counsel (and any reproductions
6 or copies made of the produced copy) shall be returned to the
7 government at the conclusion of the proceedings in this case.
8    IT IS SO ORDERED.

10 DATED: December 2, 2010
11                                    _____
                                      THE HONORABLE JACQUELINE H. NGUYEN
                                      United States District Judge