ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN M. ARKOW (California Bar No. 143755)
CHERYL L. O'CONNOR (California Bar No. 173897)
Assistant United States Attorneys
  1100/1300 United States Courthouse
  312 North Spring Street
  Los Angeles, California  90012
  Telephone: (213) 894-6975/0759
  Facsimile: (213) 894-6269/6436
  E-mail: steven.arkow@usdoj.gov
          cheryl.oconnor@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | No. 2:10-cr-00163-JHN-1 |
|                              ) | |
|          Plaintiff,          ) | ORDER ALLOWING DISCLOSURE OF |
|                              ) | GRAND JURY TESTIMONY |
|          v.                  ) | |
|                              ) | |
| ANTHONY SCLAFANI,            ) | Trial Date: June 21, 2011 |
|                              ) | |
|          Defendant.          ) | |
|                              ) | |
| _____ ) | |

 For good cause shown, IT IS HEREBY ORDERED that plaintiff, United States of America, may supply any expert witness hired by the government with a copy of the grand jury testimony of any witness whom the government may call at trial or whose testimony has been disclosed to the defense for any other reason.  The purpose of this order is to enable the attorneys for the government to perform their duty to enforce federal criminal law, and to enable the government to prepare its case-in-chief, cross-examine defense witnesses, and present any rebuttal case there may be.

1    IT IS FURTHER ORDERED that the government's expert
2 witness(es) shall not disclose such grand jury testimony to any
3 other person or persons without prior authorization from this
4 Court, and that the copy of the testimony provided to the expert
5 witness(es) (and any reproductions or copies made of the produced
6 copy) shall be returned to the government at the conclusion of
7 the proceedings in this case.
8    IT IS SO ORDERED.

10 DATED: April 12, 2011

                                    _____
11                                  THE HONORABLE JACQUELINE H. NGUYEN
                                    United States District Judge