Steven A. Sherman, Esq.  Bar No. 113621
**FERGUSON, PRAET & SHERMAN**
A Professional Corporation
1631 East 18th Street
Santa Ana, California  92705-7101
(714) 953-5300 Telephone
(714) 953-1143 Facsimile
ssherman@law4cops.com

Attorneys for Respondent Riverside County Sheriff's Department

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 10-163-TJH |
| Plaintiff, | |
| vs. | **PROTECTIVE ORDER GOVERNING DISCLOSURE OF MATERIAL IN DISCOVERY** [99] |
| ANTHONY ALONZO SCLAFANI, | |
| Defendant. | |

Based upon and adopting the reasoning set forth during the in camera review of records sought by the United States Attorney's Office from Respondent, Riverside County Sheriff's Department, via subpoena, Respondent is ordered to produce all material ordered disclosed by the Court, however, said disclosure will be governed by the following:

(a) The Riverside County Sheriff's Department is directed to produce to the United States Attorney's Office, and counsel for Defendant, materials that have been reviewed *in camera* and deemed by the Court to be relevant to the instant litigation.

(b) The United States Attorney's Office and counsel for Defendant will not provide these materials or otherwise disclose their contents to anyone

05-072

1 else, except as necessary in preparation of the prosecution/defense of this
2 criminal case to employees and agents of counsel for the Government and
3 Defendant's law firm under counsel's supervision who have agreed to abide by
4 the terms of the Court's protective order.

5     (c) All pleadings filed with the Court which contain information
6 revealed in the materials covered by the Court's protective order shall be
7 submitted to the Court by being filed under seal, and shall not be unsealed,
8 absent prior notice to the government and a subsequent Court order;

9     (d) Any and all possible documents produced pursuant to the
10 subpoenas and/or Court Order shall be considered confidential. While
11 Defendant may review any and all possible material that pertains to him from
12 his file, the Defendant **shall not** be entitled to review confidential material
13 from anyone else's file(s).

14     (e) The United States Attorney's Office, Defendant, and counsel for
15 Defendant, and employees and agents of counsel for both the United States
16 Attorney's Office and Defendant's law firm, are directed to return the materials
17 covered by the Court's protective order (and any and all reproductions of these
18 materials) to counsel for the Riverside County Sheriff's Department within 30
19 days of the conclusion of the proceedings in this criminal case, including all
20 appeals and collateral proceedings.

21     (f) The parties agree that files containing victim / civilian identity
22 information will be redacted, to exclude the names and personal identity
23 information, of the victim / civilian prior to disclosure to the defense.

  (g) Respondent is forever discharged from any and all possible civil or criminal liability for releasing any of the confidential materials so ordered by the Court.

IT IS SO ORDERED.

DATED: February 3, 2012

_____
Honorable Terry J. Hatter, Jr.
United States District Judge

05-072 -3-