1  RICHARD A. LEVINE (CSB #91671)
   rlevine@shslaborlaw.com
2  MICHAEL D. SCHWARTZ (CSB # 166556)
   mschwartz@shslaborlaw.com
3  MICHAEL SIMIDJIAN (CSB # 251767)
   msimidjian@shslaborlaw.com
4  SILVER, HADDEN, SILVER, WEXLER & LEVINE
   1428 Second Street, Suite 200
5  P. O. Box 2161
   Santa Monica, CA 90407-2161
6  (310) 393-1486 Telephone
   (310) 395-5801 Fax
7  Attorneys for Defendant ANTHONY SCLAFANI

FILED
CLERK, U.S. DISTRICT COURT
FEB 17 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. CR 10-163 TJH |
|---|---|
| Plaintiff, | ) **DEFENDANT ANTHONY** |
| | ) **SCLAFANI'S EXHIBIT LIST** |
| vs. | ) Date:       February 7, 2012 |
| | ) Time:       10:00 a.m. |
| ANTHONY SCLAFANI, | ) Courtroom: 17 |
| Defendant. | ) |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to this Court's Order, Defendant Anthony Sclafani submits the following exhibits:

EXHIBIT LIST

| No. | Description | Witness | Identified | Admitted |
|---|---|---|---|---|
| | **DEFENDANT ANTHONY SCLAFANI'S EXHIBIT LIST** | | | |
| 200 | DVD of Desert Hot Springs Police Department Jail Facility | | | |
| 201 | City of Desert Hot Springs - Public Safety: Sworn, Payroll Period ending 03/04/2005 | | | |
| 202 | City of Desert Hot Springs - Time Sheet - Year 2005 - Firestone, Carolyn #39 (02/19/05 - 03/04/05); Time Sheet - Year 2004, Kittridge, Kayla #358 (02/05/05 - 02/18/05); City of Desert Hot Springs, Personnel Request Form, Kittridge, Kayla re Compensatory time earned 02/23/05; Time Sheet - Year 2004, Vaimaona, Asofaafetai (02/19/05 - 03/04/05); City of Desert Hot Springs, Personnel Request Form, Vaimaona, Asofaa re Overtime earned 02/23/05; Time Sheet - Year 2005, Rocha, Kathleen #359 (02/19/05 - 03/04/05); City of Desert Hot Springs, Personnel Request Form, Rocha, Kathleen re Overtime earned 02/26/05; Time Sheet - Year 2005, Durazo, Frank #365 (02/19/05 - 03/04/05); Time Sheet - Year 2005, Allen, Nancy #252 (02/19/05 - 03/04/05); Time Sheet - Year 2005, Weigle, Philip #372, (02/19/05 - 03/04/05); Personnel Request Form, Weigle, Philip re Overtime earned 02/24/05, and Personnel Request Form, Weigle, Philip re Overtime earned 02/23/05; Time Sheet - Year 2005, Heath, Andrea #226, (02/19/05 - 03/04/05); | | | |

| No. | Description | Witness | Identified | Admitted |
|---|---|---|---|---|
| | Personnel Request Form, Heath, Andrea re Overtime earned 02/24/05, and Personnel Request Form, Heath, Andrea re Overtime earned 02/25/05. | | | |
| 203 | City of Desert Hot Springs - Time Sheets and Personnel Request Forms, Subpoenas, re: Roy Hill, David Henderson, Eddie Cole, Michael Duffy, Gil Radames, Tony Sclafani, John Collard, Theron Conley, Dennis Decker, Matthew Drew, Frank Durazo, Matt Gutting, Andrea Heath, Jim Henson, David Hoffmann, Brian Koahou, Chris Kostad, Roy Logan, David O'Dowd, and R. Voeltz. | | FEB 16 2012 | FEB 16 2012 |
| 204 | DHSPD Incident Summary 2/24/2005 - 2/26/2005 dated 12/29/10. | | | |
| 205 | DHSPD CAD Incident Reports 050224001-050224105 re call takers Kayla Kittridge, Tai Vaimona, Carolyn Firestone, and Andrea Heath. | | 2/9/12 | 2/9/12 |
| 206 | DHSPD CAD Incident Reports 050225001-050225088 re call takers Kayla Kittridge, Tai Vaimaona, Carolyn Firestone, and Andrea Heath. | | 2/9/12 | 2/9/12 |
| 207 | Preliminary Report, Professional Opinions of Andrew Hinz, TASER International, Inc. dated October 25, 2010 to FBI SA Tamra McKen. (S01740-S01747). | | FEB 16 2012 | FEB 16 2012 |
| 208 | DHSPD Section 300 Use of Force, July 2004 Lexipol LLC (S00555-S00558) | | | |

**DEFENDANT ANTHONY SCLAFANI'S EXHIBIT LIST**

| | **DEFENDANT ANTHONY SCLAFANI'S EXHIBIT LIST** | | | |
|---|---|---|---|---|
| No. | Description | Witness | Identified | Admitted |
| 209 | DHSPD Section 344 Report Preparation, July 2004 Lexipol LLC (S00579-S00581) | | | |
| 210 | DHSPD Section 308, Control Devices and Techniques, July 2004 Lexipol LLC (S00565-S00570) | | | |
| 211 | DHSPD Use of Force - Taser Addendum (S00323-S00327) | | | |
| 212 | Memo to All sworn personnel re New Use of Force Report Forms (S00320) | | | |
| 213 | DHSPD Property Tag No. 6092 re Evidence - Taser Cartridge (Spent), PC148(a) Case No. 05-783 re Angelica Vargas and Property Tag No. 5630 re Blood Sample from Angelica Vargas dated 2/25/05 (S00416 and S00403) | | | |
| 214 | DHSPD Law Enforcement Code of Ethics (S00553) | | | |
| 215 | Bio-Tox Laboratories re Patient Anglica M. Vargas re Alcohol Ethyl, Blood results 0.22% (W/V) received 02/28/05 and Law Enforcement Blood Withdrawal Check-Off Sheet re Angelica Vargas dated 02/25/05. | | | |
| 216 | TASER International re Serial Nos. X00-097932, X00-068244, X00-072422, X00-054650, X00-068533, X00-020203, X00-018707, X00-059861 re Model # X26, record date range 02/25/2005 - 02/25/2005 re Recorded Firing Data and X00-097932 re Recorded Date Range 02/24/2005-02/24/2005. | | | |

| No. | Description | Witness | Identified | Admitted |
|---|---|---|---|---|
| | **DEFENDANT ANTHONY SCLAFANI'S EXHIBIT LIST** | | | |
| 217 | Color photographs of Taser and close-up of X26 shield (S01850 -S01851) | | | |
| 218 | DHSPD Property Tag No. 5846 re Case No. 05-769 re Taser Cartridge, Serial No. X04-139789, Person Arrested: Jamal White, 3056 P.C.; Property Tag No. 5849 re Case No. 05-783 re Taser Cartridge, Serial No. H04-005684, Arrested: Angelica Vargas, 148(a) P.C. / 23152(a) C.V.C.; and Property Disposition Sheet, Case No. 05-769 re Taser Cartridge, Date of Occurrence 02/24/05 (S01761-S01763) | | | |
| 219 | City of Desert Hot Springs Notice to Appear, Misdemeanor 21879 re Angelica Maria Vargas dated 04/14/05 and City of Desert Hot Springs Police Department re File 05-783 re amended appearance date. (S00240-S00241). | | | |
| 220 | Taser / Equipment List | | | |
| 221 | Confidential Mailing to FBI - Civil Rights Squad, Special Agent Steve Novack from D.P. Decker dated January 20, 2010. (S00496-S00498) | | | |
| 222 | City of Desert Hot Springs Memorandum to Chief Walter McKinney from Sgt. Radames Gil dated April 15, 2005 re Case #05-783 - Photos. | | | |
| 223 | City of Desert Hot Springs Police Department - Intra-Departmental Memoranda 1) to Sergeant Tony Sclafani from Acting Chief Walter McKinney dated April 19, | | | |

| **DEFENDANT ANTHONY SCLAFANI'S EXHIBIT LIST** |

| No. | Description | Witness | Identified | Admitted |
|---|---|---|---|---|
| | 2005 re Internal Affairs Investigation; 2) Chief McKinney from Sergeant Sclafani dated April 20, 2005 re Internal Affairs Investigation; 3) Lybarger Admonishment dated 04/22/05; 4) Intra-Departmental Memorandum to Officer Matthew Gutting from Acting Chief Walter McKinney dated April 19, 2005 re Internal Affairs Investigation; 5) Lybarger Admonishment; 6) Intra-departmental Memorandum to Sergeant Eddie Cole from Acting Chief Walter McKinney dated April 15, 2005 re Internal Affairs Investigation; and 7) Intra-departmental Memorandum to Officer Andrea Heath from Acting Chief Walter McKinney dated April 5, 2005 re Internal Affairs Investigation. | | | |
| 224 | DHSPD Section 340, Disciplinary Policy, July 2004, Lexipol LLC. | | | |
| 225 | TASER International, Taser X26 Certification, Sergeant Tony Sclafani dated November 27, 2004 and City of Desert Hot Springs Department of Finance, Treasurer's Receipt No. 45025 dated 03/11/2005 in payment of Veh. Release DR #05-783 received by A. Heath #201. | | | |
| 226 | Desert Regional Medical Center Medical Records of Jamal White (redacted), February 25, 2005. | | 2/8/12 | 2/8/12 |
| /// | | | | |

| No. | Description | Witness | Identified | Admitted |
|---|---|---|---|---|
| | **DEFENDANT ANTHONY SCLAFANI'S EXHIBIT LIST** | | | |
| 227 | Carondelet Health Network St. Joseph's Hospital Medical Records of Angelica Vargas, August 10, 2004. | | | |
| | | | | |

Dated: February 6, 2012

Respectfully submitted,

SILVER, HADDEN, SILVER
WEXLER & LEVINE

By:      /s/
    MICHAEL SIMIDJIAN
    Attorneys for Defendant Anthony Sclafani

03005-pld.wpd