```
                                    FILED
                            CLERK, U.S. DISTRICT COURT

                                  FEB 17 2012

                            CENTRAL DISTRICT OF CALIFORNIA
                            BY _____ DEPUTY
```

# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY SCLAFANI,<br><br>Defendant. | CR 10-163 TJH<br><br>REDACTED Verdict FORM AS TO THE FOREPERSON SIGNATURE |

We, the jury, unanimously find Defendant Anthony Sclafani:

Not Guilty ___   Guilty ✓ of deprivation of rights under color of law as charged in Count One of the indictment; and

Not Guilty ___   Guilty ✓ of deprivation of rights under color of law as charged in Count Two of the indictment.

Date: 2/17/2012

Jury Foreperson