RICHARD LEVINE (CSB # 91671)
rlevine@shslaborlaw.com
MICHAEL D. SCHWARTZ (CSB # 133619)
mschwartz@shslaborlaw.com
MICHAEL SIMIDJIAN (CSB # 251767)
msimidjian@shslaborlaw.com
SILVER, HADDEN, SILVER, WEXLER & LEVINE
1428 Second Street, Suite 200
P. O. Box 2161
Santa Monica, CA 90407-2161
(310) 393-1486 Telephone
(310) 395-5801 Fax
Attorneys for Defendant ANTHONY SCLAFANI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR 10-163 TJH |
|---|---|
| Plaintiff, | **DEFENDANT ANTHONY SCLAFANI'S NOTICE RE OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT (DOCUMENT 149)** |
| vs. | |
| ANTHONY SCLAFANI, | Sentencing: July 23, 2012 |
| Defendant. | Time: 10:00 a.m. |
| | Courtroom: 17 |
| | Honorable Terry J. Hatter |
| | United States District Judge |

On March 23, 2012, U.S. Probation Officer Coleen Ghaffari submitted a Presentence Investigation Report (Document 149) pursuant to Federal Rule of Criminal Procedure 32(d) following a March 15, 2012 meeting with Defendant Anthony Sclafani.

On April 9, 2012, this Court issued an Order continuing Defendant Sclafani's sentencing hearing from April 30, 2012, to July 23, 2012. (Document 151.) The Court also ordered as follows, "Defendant Sclafani and Plaintiff United States of America are to file any objections to the Presentence Investigation Report on or

before April 20, 2012." (Ibid.)

    Defendant Sclafani does not have any objections to U.S. Probation Officer Ghaffari's sentencing calculations. Accordingly, Defendant Sclafani will not file written objections to the calculations in the Presentence Investigation Report (Document 149).

Dated: April 24, 2012

Respectfully submitted,

SILVER, HADDEN, SILVER
WEXLER & LEVINE

By:    /s/
    MICHAEL SIMIDJIAN
    Attorneys for Defendant Anthony Sclafani

00767-pld.wpd

---

**DEFENDANT ANTHONY SCLAFANI'S NOTICE RE OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT (DOCUMENT 149)**