# EXHIBIT A

**DESERT HOT SPRINGS POLICE DEPARTMENT**

65950 PIERSON BLVD   DHS, CA 92240   7603292904
SUPPLEMENT 1

Page 1

05-769

### Assignment:
On Thursday, February 24, 2005, I was assigned to patrol as the on-duty Watch Commander.

### Details:
I responded to assist Officer Drew on a possible domestic violence call at 66900 Ironwood Drive, Apartment #306. Upon my arrival I spoke with White and he was extremely uncooperative and argumentative. White continually argued with Officer Drew as Officer Drew asked him to perform necessary tasks such as remove his hands from his pockets, walk down a flight of stairs, etc.

Shortly after the contact, Officer Drew informed me that White was a Parolee at Large and that the Department of Corrections had issued a warrant for his arrest. I took custody of White and placed him into my patrol car.

Once in my patrol car White began kicking at my back window. Fearing that White was going to break out the rear window I ordered him to stop; however, he refused to comply with my order. As White continued to kick the window, I pulled my patrol car over to the curb and exited my unit. I opened the rear door and again ordered White to stop kicking. When he refused to comply with my order I used a one second burst of pepper spray to his face. This had an immediate effect on White.

Once at the station I placed White in the booking area. I approached him and attempted to handcuff him to a stationary bench in the jail. As I approached him I could see him pucker his lips as if he was going to spit on me. Using my right hand, I placed it against his jaw in an attempt to turn his face away from me. When I pushed White's face away he began to stand up and I used his momentum to push him onto the ground.

Once White was on the ground I kneeled down to help him up at which time he raised his legs back and attempted to kick me. In lieu of using a greater means of force to control White, I deployed my Taser X26. White was stuck with the darts giving him one five second cycle. This had an immediate effect on White.

White was given the necessary medical treatment because of the taser deployment. White was later transported to Desert Hospital for and okay to book and ultimately booked at Indio Jail.

### Evidence:
| Itm. / Qty. | | Description |
|---|---|---|
| 1 | 1 | One deployed taser cartridge. |

The above listed evidence was booked in at the Desert Hot Springs Police Department under Property Control Report Number 5846.

### Disposition:
I request this case be forwarded to Officer Drew's initial report.

| Prepared By: | Date: |
|---|---|
| 056   SCLAFANI, TONY | 02/24/2005 |

| DESERT HOT SPRINGS POLICE DEPARTMENT | Page 8 |
|---|---|
| 65950 PIERSON BLVD   DHS, CA 92240   7603292904  SUPPLEMENT 2 | 05-783 |

**Charges:**
P.C. 148 (a) (1), Resisting or Delaying a Peace Officer

**Assignment:**
On Friday, February 25, 2005, I was assigned to patrol as the on-duty Watch Commander.

**Details:**
As part of my normal duties, I am responsible to conduct regular safety checks of the occupants inside of the jail at the Desert Hot Spring Police Department.

I walked to the holding cell where Vargas was being held. Once Vargas saw me she started screaming that she wanted to be released from custody. I knocked on the door and ordered Vargas to step away from the door. Vargas refused to comply and started banging her head against the walls and doors of the cell. I ordered Vargas to stop and for her own safety I decided we needed to enter the cell to restrain her so she could not hurt herself.

I opened the cell door and Vargas immediately ran toward me. She raised both her hands at chest height and tried to push me out of the doorway. I pushed her backward and she again ran toward me, striking me in the chest. I immediately told her to stop and yet she continued running toward me. When she refused to comply with my order, I applied a half second burst of pepper spray to Vargas' face, in lieu of using a greater means of force. The pepper spray had an immediate effect on Vargas.

Once Vargas was calm and restrained, I attempted to decontaminate her by flushing her eyes using water and Bio Shield chemical agent neutralizer. When I opened the door Vargas again pushed her way out of the cell. Because Vargas had been pepper sprayed, the jail door was open to air the room out. Vargas ran past me and was able to exit the jail.

In lieu of using a greater means of force to control Vargas, I deployed my Taser X26. I again ordered Vargas to turn around and as she continued running away from me, I deployed my taser and Vargas was stuck with the darts; however, they initially had no effect. I reactivated the taser for a second deployment and again it had little effect.

Once Vargas regained her composure she still refused to come back into the cell. Vargas had to be physically pulled into the cell by assisting officers. Vargas was photographed by Officer Gutting prior to her being released.

**Evidence:**
| Itm. / Qty. | Description |
|---|---|
| 1     1 | One deployed taser cartridge. |

The above listed evidence was booked in at the Desert Hot Springs Police Department under Property Control Report Number 5849.

| Prepared By: | Date: |
|---|---|
| 056   SCLAFANI, TONY | 3/9/2005 |

| DESERT HOT SPRINGS POLICE DEPARTMENT | Page 9 |
|---|---|
| 65950 PIERSON BLVD DHS, CA 92240 7603292904 SUPPLEMENT 2 | 05-783 |

**Disposition:**
I request this case be forwarded to Officer Gutting's initial report.

| Prepared By: | Date: |
|---|---|
| 056 SCLAFANI, TONY | 3/9/2005 |

S00390

A-9

**DESERT HOT SPRINGS POLICE DEPARTMENT**

65950 PIERSON BLVD . DHS, CA 92240   7603292904

SUPPLEMENT 3

Page 10

05-783

## USE OF FORCE SUPPLEMENTAL:

In conjunction with Sgt. Sclafani's use of force report, the following took place at the Desert Hot Springs Police Department.

On 2-25-05, while at DHSPD, I was writing reports in the report writing room when I heard Sgt. Sclafani giving my prisoner, Vargas, verbal commands to stop hitting her head against the cell wall and to calm down. I heard Vargas screaming that she wanted out of jail.

I immediately responded to the cell area when I saw Vargas running out of the west exit door. I immediately deployed my X-26 Taser and deployed one cartridge. I saw that one of the Taser darts did not strike Vargas and the Taser did not have any affect on her. Assisting officers carried Vargas back into the jail after other means of force did not have any affect on her.

Officer Heath took digital photos of the Taser markings. Officer Heath advised me that Vargas was complaining that bruises on her body were caused by officers bringing her back into the jail area. I saw that Vargas had black and yellow colored bruising on one of her thighs. I saw redness to Vargas' face that was caused by being pepper sprayed and saw one Taser mark on her left chest area (as seen on photo). I did not see a Taser mark on her right shoulder area from my Taser. I downloaded the photos of the Taser marks onto the case and attached them to the report. Vargas was cited for CVC23152(a)- driving under the influence, and PC148(a)-obstructing and delaying police officer.

I booked the spent Taser cartridge into evidence (PCR#6092).

| Prepared By: | Date: |
|---|---|
| 054   GUTTING, MATTHEW | 4/7/2005 |

CASE NO. **CR 10-163-TJH**

UNITED STATES OF AMERICA

VS.   Anthony Sclafani

PLAINTIFF'S EXHIBIT   59

DATE _____ IDEN.

DATE _____ EVID.

BY _____
AO 386          DEPUTY CLERK

S00391

A-10