# EXHIBIT B

**CITY OF DESERT HOT SPRINGS**
**NOTICE TO APPEAR**

21879

☒ Misdemeanor   ☐ Traffic   ☐ Nontraffic

Date of Violation: 2/15/05   Time 159 AM/PM   Day of Week S M T W T F S   Case # 05-783

Name (First, Middle, Last): ANGELICA MARIA VARGAS

Address: ▓▓▓▓▓▓▓▓▓▓▓

City ▓▓▓▓▓▓▓▓▓

Driver's Lic. # ▓▓▓▓   Class B   St. CA   ☐ Juvenile (Phone No.)

Hair BRN   Eyes BRN   Ht 5'3   Wgt 145   Race   Other Description

Veh. Lic. # / St. / VIN: WHITE

Yr. of Veh. 01   Make DODGE   Model STRATUS   Body Style 4DR   Color GOLD

☐ Commercial Vehicle Veh. Code 15210(b)
☐ Hazardous Material Veh. Code 353

Registered Owner or Lessee: ▓▓

Address ▓▓▓▓▓▓▓   ☒ Same as Driver

City ▓▓▓▓▓▓   State ▓▓   ☒ Same as Driver

Evidence of Financial Responsibility ▓▓▓▓▓▓

Correctable Violation (Veh. Code 40610)  ☐ Booking Required   Misdemeanor or Infraction (Circle)

| Yes | No | Code and Section | Description | |
|---|---|---|---|---|
| ☐ | ☒ | VC 23152(a) - DRIVING UNDER | | M / I |
| ☐ | ☒ | THE INFLUENCE OF ALCOHOL | | M / I |
| ☐ | ☒ | PC 148(a) - RESISTING | | M / I |
| ☐ | | DELAYING PEACE OFFICER | | M / I |

Speed Approx.   P.F./Max Spd.   Veh. Limit   Safe   Radar   ☐ Continuation Form Issued

Location of Violation(s) at MISSION LAKES / SANTA CRUZ DHS   City/County of Occurrence   ☐ Accident

Comments (Weather, Road & Traffic Condition): CLEAR, DRY, LIGHT

☐ Violation not committed in my presence, declared on information and belief.
I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct.

Arresting or Citing Officer: M. GUTTING   Serial No. 054

Date   Name of Arresting Officer, if different from Citing Officer   Serial No.

WITHOUT ADMITTING GUILT, I PROMISE TO APPEAR AT THE TIME AND PLACE INDICATED BELOW.
X Signature ▓▓▓▓

WHERE   DATE: 4.14.05   TIME: 07:30 AM/PM

WHAT TO DO: FOLLOW THE INSTRUCTIONS ON THE REVERSE.
WHERE: MUNICIPAL COURT, DESERT JUDICIAL DISTRICT:

☐ TO BE NOTIFIED   ☐ 3255 E. TAHQUITZ PALM SPRINGS, CA 92282   ☐ 46200 OASIS INDIO, CA 92201

Judicial Council of California Form
Rev. 01-01-04 (Veh. Code, 40500(b), 40513(b), 40522, 40600; Pen. Code 853.9)   SEE REVERSE TR-130

WHITE COPY – COURT   YELLOW COPY – VIOLATOR   PINK COPY – POLICE   GREEN COPY – OFFICER

---

CASE NO. CR 10-163-TJH
**UNITED STATES OF AMERICA**

VS.

Anthony Sclafani

PLAINTIFF'S EXHIBIT ___4___

DATE _____ IDEN.

DATE _____ EVID.

BY _____
AO 386   Deputy Clerk

S00240

B-12

# DESERT HOT SPRINGS POLICE DEPARTMENT

## Law Enforcement
## Code of Ethics

As a Law Enforcement Officer, my fundamental duty is to serve mankind; to safeguard lives and property; to protect the innocent against deception, the weak against oppression or intimidation, and the peaceful against violence or disorder; and to respect the Constitutional Rights of all men to liberty, equality and justice.

I will keep my private life unsullied as an example to all; maintain courageous calm in the face of danger, scorn, or ridicule; develop self-restraint; and be constantly mindful of the welfare of others. Honest in thought and deed in both my personal and official life, I will be exemplary in obeying the laws of the land and the regulations of my department. Whatever I see or hear of a confidential nature or that is confided to me in my official capacity will be kept ever secret unless revelation is necessary in the performance of my duty.

I will never act officiously or permit personal feelings, prejudices, animosities, or friendships to influence my decisions. With no compromise for crime and with relentless prosecution of criminals, I will enforce the law courteously and appropriately without fear or favor, malice or violence and never accepting gratuities.

I recognize the badge of my office as a symbol of public faith, and I accept it as a public trust to be held so long as I am true to the ethics of the police service. I will constantly strive to achieve these objectives and ideals, dedicating myself before God to my chosen profession...law enforcement.

CASE NO. _____ **CR 10-163-TJH**
**UNITED STATES OF AMERICA**

VS. _____ Anthony Sclafani _____

PLAINTIFF'S EXHIBIT _____ **10** _____

DATE _____ IDEN.

DATE _____ EVID.

BY _____
AO 386          Deputy Clerk

S00553

B-13



# DESERT HOT SPRINGS POLICE DEPARTMENT

**Section 308**

## Control Devices and Techniques

**308.1   PURPOSE AND SCOPE**
To reduce and minimize altercation-related injuries to officers and suspects, the Department authorizes the use of selected control devices. Certain control devices are provided in order to control violent or potentially violent suspects. It is anticipated that the use of these devices will generally result in fewer altercation-related injuries to officers and suspects. The below procedures are for the use and maintenance of control devices (i.e. baton, oleoresin capsicum spray, Air Taser and tear gas).

**308.11   WHEN DEVICES MAY BE USED**
When a decision has been made to restrain or arrest a violent or threatening suspect, an approved control device may only be used when its use appears reasonable under the circumstances.



CASE NO.   CR 10-163-TJH
UNITED STATES OF AMERICA

VS.          Anthony Sclafani

PLAINTIFF'S EXHIBIT _____ 12 _____

DATE _____ IDEN.

DATE _____ EVID.

BY _____

AO 386                    Deputy Clerk

**308.4   CHEMICAL AGENTS SPRAY GUIDELINES**
Only authorized personnel may possess and maintain department issued oleoresin capsicum spray. Chemical agents are weapons used to minimize the potential for injury to officers, citizens or offenders. They should be used only in situations where such force reasonably appears justified and necessary.

**308.41   REQUIRED INSTRUCTION FOR USE**
All personnel authorized to carry O.C. spray, uniformed and non-uniformed, shall complete the required course of instruction prior to possessing and using the oleoresin capsicum spray.

**308.42   CARRYING OF O.C. SPRAY**
Uniformed field personnel who exercise the option of carrying the oleoresin capsicum spray shall carry the device in its holster on the equipment belt. Plainclothes and non-field

# DESERT HOT SPRINGS POLICE DEPARTMENT

*Control Devices and Techniques*

personnel may carry the oleoresin capsicum spray as authorized, consistent with the needs of their assignment or at the direction of their supervisor.

Canisters involved in any type of malfunction or damage shall be turned into the designated Sergeant for exchange.   Damage to City Property forms shall also be forwarded to the appropriate supervisor and shall explain the cause of damage.

**308.43    TREATMENT FOR O.C. SPRAY EXPOSURE**
Persons who have been affected by the use of chemical agents should be promptly provided with the proper solution to cleanse the affected areas.   Those persons who complain of further severe effects shall be afforded a medical examination by competent medical personnel.

**308.44    REPORT OF USE**
All uses of chemical agents shall be documented in the related arrest/crime report and on the appropriate Oleoresin Capsicum use form.

**308.5    TASER GUIDELINES**
Personnel who have successfully completed the Department Taser Training Program shall be authorized to carry and use the Taser in accordance with this policy.   The Taser is a control device available to officers when circumstances available to the individual officer indicate that it would be reasonable to use the Taser to control violent or potentially violent suspects.   It is anticipated that the use of such a device will result in fewer altercation-related injuries to officers and suspects.

**308.51    OFFICER/FIELD SUPERVISOR RESPONSIBILITY**
Any officer who has successfully completed Department Taser training may carry a departmentally approved and issued Taser.   The Taser may be carried either as a part of a uniformed officer's equipment in an approved holster.

(a)    If the Taser is carried as a part of a uniformed officer's equipment, the Taser shall not be carried on the same side as the officer's duty weapon.

(b)    All Taser devices shall be clearly and distinctly marked to differentiate them from the officer's duty weapon and any other device.

**308.52    REPORT OF USE**
All Taser discharges shall be documented in the related arrest/crime report.

**308.53    POST-USE PROCEDURES (PROBE REMOVAL)**

(a)    Do not attempt probe removal if subject is combative or if the location of the barb is in the face, ear, breast, groin, or deeply imbedded.

(b)    Barbs superficially in the skin may be removed by an officer who is trained to do so and in the presence of another officer.

1.    Use latex gloves for removal of probes.

2.    Place the removed probes in spent cartridge barb side down.

# DESERT HOT SPRINGS POLICE DEPARTMENT

*Control Devices and Techniques*

3.    Clean wound with antiseptic wipe and bandage.

4.    Securely tape the cartridge and probes and mark as biohazardous waste.

5.    Assess subject for injury or condition that may need medical attention, and seek appropriate level of service.

6.    Provide subject with written Taser Aftercare Instructions on wound care and tetanus vaccination.

7.    Take photos of suspects each time the Advanced Taser is deployed.

8.    Place cartridge with probes into Property as evidence.

9.    Remove gloves and clean hands with waterless hand sanitizer.

**308.53    RE-CERTIFICATION OF TASER USERS**
Personnel once qualified for use of a Taser, but not assigned to the Operations Division for a period of one year, must be recertified by a certified Taser Instructor prior to the continued use of the device. Personnel requiring recertification will be notified to contact the certified Taser Instructor for re-certification training.



DESERT HOT SPRINGS POLICE DEPARTMENT

REDACTED

# DESERT HOT SPRINGS POLICE DEPARTMENT

*Control Devices and Techniques*



### 308.8   WATCH COMMANDER'S RESPONSIBILITIES

The on-duty Watch Commander shall monitor the use of control devices in the same manner as all other use of force incidents.

### 308.81   REQUEST FOR USE OF CONTROL DEVICES

The Watch Commander may authorize the use of a control device by selected personnel or members of specialized units provided the person(s) authorized has/have the required training.   The request for a control device should be made through the on-duty watch commander.

The on-duty watch commander shall review each use of control devices by any personnel within his or her command.

The on-duty watch commander shall ensure roll call training on the use of control devices is provided as needed.

# DESERT HOT SPRINGS POLICE DEPARTMENT

*Control Devices and Techniques*

### 308.9    SERGEANTS RESPONSIBILITIES
The designated sergeant shall control the inventory and shall issue all control devices.

### 308.91    DISPOSITION OF CONTROL DEVICES
All damaged, inoperative and/or expended control devices shall be returned to the Rangemaster for disposition, repair or replacement.

All normal maintenance, charging or cleaning shall remain the responsibility of personnel using the various devices.

CASE NO. ___CR 10-163-TJH___
UNITED STATES OF AMERICA

VS._____Anthony Sclafani_____

PLAINTIFF'S EXHIBIT ___15___

DATE_____IDEN.

DATE_____EVID.

BY _____

AO 386          Deputy Clerk

FPI LOM
B-20



# DESERT HOT SPRINGS POLICE DEPARTMENT

## Report Preparation

### 344.1    PURPOSE AND SCOPE
Report preparation is a major part of each officer's job.  The purpose of reports is to document sufficient information to refresh officer's memory and to provide sufficient information for follow up investigation and successful prosecution.  Report writing is the subject of substantial formalized training and on-the-job training.

### 344.11    REPORT PREPARATION
It is the primary responsibility of the assigned officer to assure that reports are fully prepared or that supervisory approval has been obtained to delay the report before going off duty.  The preparing officer must determine whether the report will be available in time for appropriate action to be taken, such as investigative leads or a suspect is in custody.

Handwritten reports must be prepared legibly.  If the report is not prepared legibly, the officer will be required by the supervisor to promptly correct the report.  Officers who dictate reports by any means shall use appropriate grammar, as content is not the responsibility of the typist.  Officers who generate reports on computers are subject to all requirements of this policy.

All reports shall accurately reflect the identity of the persons involved, all pertinent information seen, heard or assimilated by any other sense, and any actions taken.  Employees shall not repress, conceal or distort the facts of any reported incident. Nor shall any employee make a false report orally or in writing.

### 344.2    REQUIRED REPORTING
Written reports are required in all of the following situations on the appropriate department approved form unless otherwise approved by a supervisor.

### 344.21    CRIMINAL ACTIVITY REPORTING
When an employee responds to a call for service, or as a result of self-initiated activity becomes aware of any activity where a crime has occurred, the employee is required to document the activity.  The fact that a victim is not desirous of prosecution is not an exception to documenting a report.  The following are examples of required documentation:

(a)    In every instance where a felony has occurred, the documentation shall take the form of a written crime report.

(b)    In every instance where a misdemeanor crime has occurred and the victim desires a report, the documentation shall take the form of a written crime report.  If the victim does not desire a report, the incident will be recorded on the dispatcher's log.

(c)    In every case where any force is used against any person by police personnel.

(d)    All incidents involving Domestic Violence.

(e)    All arrests.

# DESERT HOT SPRINGS POLICE DEPARTMENT

### 344.22   NON-CRIMINAL ACTIVITY
The following incidents shall be documented using the appropriate approved report:

(a)   Reported missing persons (regardless of jurisdiction).

(b)   Found property and found evidence.

(c)   All incidents involving the death of a human being (see Policy Manual §360 "Death Investigations").

(d)   Traffic collisions above minimum reporting level (see Policy Manual §502 "Traffic Accident Reporting").

### 344.23   SUICIDES
Cases of obvious suicide may be investigated and completed by the officer.  If the officer is unable to determine the cause of death, he/she shall proceed as though it is a homicide.

### 344.24   INJURY OR DAMAGE BY CITY PERSONNEL
Reports shall be taken if an injury occurs that is a result of an act of a City employee. Additionally, reports shall be taken involving damage to City property or city equipment.

### 344.25   MISCELLANEOUS INJURIES
Any injury that is reported to this agency shall require a report when:

(a)   The injury is a result of drug overdose.

(b)   Attempted suicide.

(c)   It is major/serious, whereas death could result.

(d)   The circumstances surrounding the incident are suspicious in nature and it is desirable to record the event.

The above reporting requirements are not intended to be all-inclusive.  A supervisor may direct an employee to document any incident he/she deems necessary.

### 344.3   GENERAL POLICY OF EXPEDITIOUS REPORTING
In general, all officers and supervisors shall act with promptness and efficiency in the preparation and processing of all reports. An incomplete report, unorganized reports or reports delayed without supervisory approval is not acceptable. Reports shall be processed according to established priorities or according to special priority necessary under exceptional circumstances.

### 344.31   GENERAL POLICY OF HANDWRITTEN REPORTS
Some incidents and report forms lend themselves to block print rather than typing.  In general, the narrative portion of those reports where an arrest is made or when there is a long narrative should be typed or dictated.

Supervisors may require, with the foregoing general policy in mind, block printing or typing of reports of any nature for departmental consistency.

# DESERT HOT SPRINGS POLICE DEPARTMENT

### 344.32   GENERAL USE OF OTHER HANDWRITTEN FORMS
County, State and Federal agency forms may be block printed as appropriate.  In general, the form itself may make the requirement for typing apparent.

### 344.4   REPORT CORRECTIONS
Supervisors shall review reports for content and accuracy.  If a correction is necessary the reviewing supervisor should complete the "Report Correction" form stating the reasons for rejection.  The original report and the correction form are returned to the reporting employee for correction as soon as practical.  It shall be the responsibility of the originating officer to ensure that any report returned for correction is processed in a timely manner.

CASE NO. ___CR 10-163-TJH___
UNITED STATES OF AMERICA

VS._____Anthony Sclafani_____

PLAINTIFF'S EXHIBIT ___30___

DATE_____IDEN.

DATE_____EVID.

BY _____
AO 386          Deputy Clerk

FPI LOM
B-24



B-25 S03698

CASE NO.  ___CR 10-163-TJH___
UNITED STATES OF AMERICA

VS._____Anthony Sclafani_____

PLAINTIFF'S EXHIBIT  ___40___

DATE_____IDEN.

DATE_____EVID.

BY  _____

AO 386          Deputy Clerk

FPI LOM
B-26

S03716

CASE NO. ____CR 10-163-TJH____
UNITED STATES OF AMERICA

VS. _____Anthony Sclafani_____

PLAINTIFF'S EXHIBIT _____41_____

DATE_____IDEN.

DATE_____EVID.

BY _____
AO 386          Deputy Clerk

                                    FPI LOM
                                    B-28





SCLAFANI

| TASER Information | | Downloaded By | |
|---|---|---|---|
| Serial # | X00-097932 | Name | Radames Gil |
| Model # | X26 | Dept | DHSPD |
| X26 Software Version | 15 | Rank | Sergeant |
| Dataport CD Version | 15.5 | Windows Version | Microsoft® Windows NT(TM) Service Pack 2 |
| Record Date Range | 02/25/2005 - 02/25/2005 | Report Generated | 04/20/05 14:52:13 (local) |
| Computer Time Zone | Pacific Standard Time | | |
| Using Daylight Savings Time | No | | |

### Recorded Firing Data

| Seq | GMT Time | Local Time | Duration | Temp | Battery |
|---|---|---|---|---|---|
| 0001 | 02/25/05 11:09:44 | 02/25/05 03:09:44 | 1 | 23 | 95 *TEST* |
| 0002 | 02/26/05 02:05:57 | 02/25/05 18:05:57 | 1 | 24 | 95 *TEST* |
| 0003 | 02/26/05 02:15:16 | 02/25/05 18:15:16 | 5 | 25 | 95 |
| 0004 | 02/26/05 02:15:32 | 02/25/05 18:15:32 | 5 | 26 | 95 |
| 0005 | 02/26/05 02:15:51 | 02/25/05 18:15:51 | 5 | 26 | 94 |

End of Report.

CASE NO. _____ CR 10-163-TJH
UNITED STATES OF AMERICA

VS. _____ Anthony Sclafani

PLAINTIFF'S EXHIBIT _____ 50

DATE_____IDEN.

DATE_____EVID.

BY _____
Deputy Clerk

AO 386

S00266

FPI LOM
B-30





GUTTING

| TASER Information | | Downloaded By | |
|---|---|---|---|
| Serial # | X00-068244 | Name | Radames Gil |
| Model # | X26 | Dept | DHSPD |
| X26 Software Version | 15 | Rank | Sergeant |
| Dataport CD Version | 15.5 | Windows Version | Microsoft® Windows NT(TM) Service Pack 2 |
| Record Date Range | 02/25/2005 - 02/25/2005 | Report Generated | 04/20/05 12:27:21 (local) |
| Computer Time Zone | Pacific Standard Time | | |
| Using Daylight Savings Time | No | | |

**Recorded Firing Data**

| Seq | GMT Time | Local Time | Duration | Temp | Battery |
|---|---|---|---|---|---|
| 0001 | 02/26/05 02:12:18 | 02/25/05 18:12:18 | 3 | 26 | 95 |

End of Report.

CASE NO. _____ **CR 10-163-TJH**

**UNITED STATES OF AMERICA**

Anthony Sclafani

VS _____

PLAINTIFF'S EXHIBIT _____ 51

DATE _____ IDEN.

DATE _____ EVID.

BY _____

AO 386                    DEPUTY CLERK

S00265

| Date | Time | By | Entry |
|------|------|-----|-------|
| 2/25/2005 | 15:46:09 | 058 | Viewed |
| 2/25/2005 | 15:47:11 | 058 | Created person record Vargas, Angelica Maria |
| 2/25/2005 | 15:50:54 | 058 | VARGAS, ANGELICA MARIA> added to case 05-783 as a SA |
| 2/25/2005 | 15:51:40 | 058 | Vargas, Angelica Maria> Location of Arrest added: MISSION LAKES/ SANTA CRUZ |
| 2/25/2005 | 15:51:40 | 058 | Vargas, Angelica Maria> Arresting Officer #1 added: GUTTING, MATTHEW |
| 2/25/2005 | 15:51:40 | 058 | Vargas, Angelica Maria> Action Taken added: BOOKING |
| 2/25/2005 | 15:51:40 | 058 | Vargas, Angelica Maria> Offense Level added: Misdemeanor (ADULT AND JUVENILE) |
| 2/25/2005 | 15:51:40 | 058 | Vargas, Angelica Maria> Disposition added: Misdemeanor Charge |
| 2/25/2005 | 15:51:40 | 058 | Vargas, Angelica Maria> Booking Officer added: GUTTING, MATTHEW |
| 2/25/2005 | 15:51:40 | 058 | Vargas, Angelica Maria> Charge # added: 23152(A) VC |
| 2/25/2005 | 15:51:40 | 058 | Vargas, Angelica Maria> Counts #1 added: 1 |
| 2/25/2005 | 15:51:40 | 058 | Vargas, Angelica Maria> Property Details added: b;ack purse with misc items |
| 2/25/2005 | 15:51:52 | 058 | Vargas, Angelica Maria> Complexion: E changed to MEDIUM |
| 2/25/2005 | 15:51:52 | 058 | Vargas, Angelica Maria> Build: B changed to Fat |
| 2/25/2005 | 15:51:52 | 058 | Vargas, Angelica Maria> HairStyle: B changed to Long |
| 2/25/2005 | 15:51:52 | 058 | Vargas, Angelica Maria> Facial Hair: D changed to None |
| 2/25/2005 | 15:51:52 | 058 | Vargas, Angelica Maria> Speech: C changed to Accented |
| 2/25/2005 | 15:51:58 | 058 | Vargas, Angelica Maria> Arrest Time added: 1459 |
| 2/25/2005 | 15:56:26 | 054 | Viewed |
| 2/25/2005 | 16:00:07 | 054 | Vargas, Angelica Maria> Complexion: E changed to MEDIUM |
| 2/25/2005 | 16:00:07 | 054 | Vargas, Angelica Maria> Build: B changed to Fat |
| 2/25/2005 | 16:00:07 | 054 | Vargas, Angelica Maria> HairStyle: B changed to Long |
| 2/25/2005 | 16:00:07 | 054 | Vargas, Angelica Maria> Facial Hair: D changed to None |
| 2/25/2005 | 16:00:07 | 054 | Vargas, Angelica Maria> Speech: C changed to Accented |
| 2/25/2005 | 16:00:52 | 054 | Case Type added: MISDEMEANOR ARREST |
| 2/25/2005 | 16:00:52 | 054 | Offense #1: 902N changed to 23152(A) VC |
| 2/25/2005 | 16:00:52 | 054 | Zip Code added: 92240 |
| 2/25/2005 | 16:00:52 | 054 | Date Occurred 1 added: 02/25/2005 |
| 2/25/2005 | 16:00:52 | 054 | Time Occurred #1: 0 changed to 1459 |
| 2/25/2005 | 16:00:52 | 054 | Place Code added: Street/Highway |
| 2/25/2005 | 16:00:52 | 054 | Solvability Factor added: Case Solved |
| 2/25/2005 | 16:00:52 | 054 | Solvability Factor added: Named Suspect(s) |
| 2/25/2005 | 16:50:26 | 054 | Viewed |
| 2/25/2005 | 16:50:29 | 054 | Printed |
| 2/25/2005 | 16:57:25 | 054 | Viewed |
| 2/25/2005 | 17:02:10 | 054 | Vargas, Angelica Maria> Complexion: E changed to MEDIUM |
| 2/25/2005 | 17:02:10 | 054 | Vargas, Angelica Maria> Build: B changed to Fat |
| 2/25/2005 | 17:02:10 | 054 | Vargas, Angelica Maria> HairStyle: B changed to Long |
| 2/25/2005 | 17:02:10 | 054 | Vargas, Angelica Maria> Facial Hair: D changed to None |
| 2/25/2005 | 17:02:10 | 054 | Vargas, Angelica Maria> Speech: C changed to Accented |
| 2/25/2005 | 17:04:15 | 054 | VARGAS, ANGELICA MARIA> connection to case 05-783 changed to |
| 2/25/2005 | 17:58:40 | 054 | Viewed |
| 2/25/2005 | 18:40:26 | 358 | Viewed |
| 2/26/2005 | 18:33:41 | 056 | Viewed |
| 2/26/2005 | 18:34:24 | 056 | Printed |
| 2/26/2005 | 18:35:13 | 056 | Offense #2 added: 148(A) PC |
| 2/26/2005 | 18:43:37 | 056 | Viewed |
| 3/2/2005 | 22:39:12 | 033 | Viewed |
| 3/2/2005 | 22:42:49 | 033 | Viewed |
| 3/2/2005 | 22:50:03 | 033 | Viewed |
| 3/2/2005 | 23:04:32 | 033 | Viewed |
| 3/2/2005 | 23:44:17 | 033 | Viewed |

CASE NO. ___ CR 10-163-TJH

UNITED STATES OF AMERICA

ANTHONY SCLAFANI

VS ___

PLAINTIFF'S EXHIBIT  56

DATE _____ IDEN.

DATE _____ EVID.

BY _____

DEPUTY CLERK

8/10/2010

| Date | Time | By | Entry |
|------|------|-----|-------|
| 3/4/2005 | 13:13:13 | 042 | Viewed |
| 3/6/2005 | 11:42:21 | 252 | Viewed |
| 3/6/2005 | 11:42:55 | 252 | Created property record 1 Blood Sample |
| 3/6/2005 | 11:42:55 | 252 | 1 Blood Sample> Article added: BLOOD SAMPLE |
| 3/6/2005 | 11:42:55 | 252 | 1 Blood Sample> Quantity added: 1 |
| 3/6/2005 | 11:42:55 | 252 | 1 Blood Sample> Category added: Miscellaneous |
| 3/6/2005 | 11:42:55 | 252 | 1 Blood Sample> Status added: Evidence |
| 3/6/2005 | 11:42:55 | 252 | 1 Blood Sample> Disposition added: Evidence Locker |
| 3/6/2005 | 11:43:15 | 252 | 1 Blood Sample> Officer added: 252 |
| 3/6/2005 | 11:43:15 | 252 | 1 Blood Sample> Checked In: Checked Out changed to Checked In |
| 3/8/2005 | 13:26:04 | 252 | Viewed |
| 3/8/2005 | 13:26:32 | 252 | Viewed |
| 3/8/2005 | 13:26:52 | 252 | 1 Blood Sample> Checked Out: Checked In changed to Checked Out |
| 3/8/2005 | 13:26:59 | 252 | Viewed |
| 3/8/2005 | 13:41:14 | 252 | Viewed |
| 3/8/2005 | 13:41:18 | 252 | Printed |
| 3/9/2005 | 23:42:34 | 056 | Viewed |
| 3/10/2005 | 00:19:12 | 056 | Viewed |
| 3/10/2005 | 00:21:10 | 056 | Narrative by Tony Sclafani spell checked |
| 3/10/2005 | 00:21:11 | 056 | Supplement 1 of Tony Sclafani changed, original date: 03/09/2005 |
| 3/10/2005 | 00:21:19 | 056 | Viewed |
| 3/10/2005 | 00:21:38 | 056 | Printed |
| 3/11/2005 | 13:11:28 | 39 | Vargas, Angelica Maria> Complexion: E changed to MEDIUM |
| 3/11/2005 | 13:11:28 | 39 | Vargas, Angelica Maria> Complexion: E changed to MEDIUM |
| 3/11/2005 | 13:11:28 | 39 | Vargas, Angelica Maria> Build: B changed to Fat |
| 3/11/2005 | 13:11:28 | 39 | Vargas, Angelica Maria> Build: B changed to Fat |
| 3/11/2005 | 13:11:28 | 39 | Vargas, Angelica Maria> HairStyle: B changed to Long |
| 3/11/2005 | 13:11:28 | 39 | Vargas, Angelica Maria> HairStyle: B changed to Long |
| 3/11/2005 | 13:11:28 | 39 | Vargas, Angelica Maria> Facial Hair: D changed to None |
| 3/11/2005 | 13:11:28 | 39 | Vargas, Angelica Maria> Facial Hair: D changed to None |
| 3/11/2005 | 13:11:28 | 39 | Vargas, Angelica Maria> Speech: C changed to Accented |
| 3/11/2005 | 13:11:28 | 39 | Vargas, Angelica Maria> Speech: C changed to Accented |
| 3/11/2005 | 13:12:06 | 39 | Viewed |
| 3/24/2005 | 12:04:19 | C1 | Viewed |
| 3/24/2005 | 12:08:44 | C1 | Viewed |
| 3/24/2005 | 15:40:46 | C1 | Viewed |
| 3/24/2005 | 15:43:37 | C1 | Viewed |
| 3/24/2005 | 15:44:57 | 252 | Viewed |
| 3/24/2005 | 15:45:05 | 252 | Printed |
| 3/25/2005 | 10:34:31 | 054 | Viewed |
| 3/25/2005 | 11:48:02 | 054 | Viewed |
| 3/25/2005 | 11:48:30 | 054 | Vargas, Angelica Maria> Complexion: E changed to MEDIUM |
| 3/25/2005 | 11:48:30 | 054 | Vargas, Angelica Maria> Complexion: E changed to MEDIUM |
| 3/25/2005 | 11:48:30 | 054 | Vargas, Angelica Maria> Build: B changed to Fat |
| 3/25/2005 | 11:48:30 | 054 | Vargas, Angelica Maria> Build: B changed to Fat |
| 3/25/2005 | 11:48:30 | 054 | Vargas, Angelica Maria> HairStyle: B changed to Long |
| 3/25/2005 | 11:48:30 | 054 | Vargas, Angelica Maria> HairStyle: B changed to Long |
| 3/25/2005 | 11:48:30 | 054 | Vargas, Angelica Maria> Facial Hair: D changed to None |
| 3/25/2005 | 11:48:30 | 054 | Vargas, Angelica Maria> Facial Hair: D changed to None |
| 3/25/2005 | 11:48:30 | 054 | Vargas, Angelica Maria> Speech: C changed to Accented |
| 3/25/2005 | 11:48:30 | 054 | Vargas, Angelica Maria> Speech: C changed to Accented |
| 3/25/2005 | 11:49:11 | 054 | Created property record 3 spent taser cartridge's |

S01778

B-33

| Date | Time | By | Entry |
|------|------|------|-------|
| 3/25/2005 | 11:49:11 | 054 | 3 spent taser cartridge's> Article added: TASER CARTRIDGE |
| 3/25/2005 | 11:49:11 | 054 | 3 spent taser cartridge's> Quantity added: 3 |
| 3/25/2005 | 11:49:11 | 054 | 3 spent taser cartridge's> Associated Offense added: 148(A) PC |
| 3/25/2005 | 11:49:11 | 054 | 3 spent taser cartridge's> Category added: Miscellaneous |
| 3/25/2005 | 11:49:11 | 054 | 3 spent taser cartridge's> Description added: spent taser cartridge's |
| 3/25/2005 | 11:49:11 | 054 | 3 spent taser cartridge's> Status added: Evidence |
| 3/25/2005 | 11:49:11 | 054 | 3 spent taser cartridge's> Disposition added: Evidence Locker |
| 3/25/2005 | 11:53:10 | 054 | 2 spent taser cartridge's> Quantity: 3 changed to 2 |
| 3/25/2005 | 11:53:28 | 054 | 3 spent taser cartridge's> Quantity: 2 changed to 3 |
| 3/25/2005 | 12:00:24 | 054 | Gold Dodge Stratus, 747 NTF/AZ> Color added: GOLD |
| 3/25/2005 | 12:00:24 | 054 | Gold Dodge Stratus, 747 NTF/AZ> Make added: DODGE |
| 3/25/2005 | 12:00:24 | 054 | Gold Dodge Stratus, 747 NTF/AZ> Model added: STRATUS |
| 3/25/2005 | 12:00:24 | 054 | Gold Dodge Stratus, 747 NTF/AZ> Year added: 2001 |
| 3/25/2005 | 12:00:24 | 054 | Gold Dodge Stratus, 747 NTF/AZ> VIN added: 1B3EJ46X91M574214 |
| 3/25/2005 | 12:00:24 | 054 | Gold Dodge Stratus, 747 NTF/AZ> Status added: IMPOUNDED |
| 3/25/2005 | 12:00:24 | 054 | Gold Dodge Stratus, 747 NTF/AZ> Vehicle Type added: Auto |
| 3/25/2005 | 12:00:24 | 054 | Gold Dodge Stratus, 747 NTF/AZ> Body Style added: Four-Door |
| 3/25/2005 | 12:00:25 | 054 | Gold Dodge Stratus, 747 NTF/AZ> Added to case 05-783 |
| 3/25/2005 | 12:00:42 | 054 | Vargas, Angelica Maria> Deleted from case |
| 3/25/2005 | 12:01:09 | 054 | Created person record State Of California |
| 3/25/2005 | 12:01:19 | 054 | STATE OF CALIFORNIA> added to case 05-783 as a V |
| 3/25/2005 | 12:01:46 | 054 | 2 spent taser cartridge's> Quantity: 3 changed to 2 |
| 3/25/2005 | 15:33:37 | 054 | 3 spent taser cartridge's> Quantity: 2 changed to 3 |
| 3/25/2005 | 15:43:48 | 054 | Case Type: MISDEMEANOR ARREST changed to ACCIDENT CASE |
| 3/25/2005 | 15:43:57 | 054 | Viewed |
| 3/25/2005 | 15:51:46 | 054 | Created person record Taylor, Devon |
| 3/28/2005 | 02:19:07 | 048 | Viewed |
| 3/28/2005 | 19:30:33 | 033 | Viewed |
| 4/3/2005 | 19:11:01 | 033 | Viewed |
| 4/6/2005 | 08:01:39 | 054 | Viewed |
| 4/6/2005 | 08:02:16 | 054 | Created person record Taylor, Devon |
| 4/6/2005 | 08:09:48 | 054 | Created person record Taylor |
| 4/6/2005 | 08:10:05 | 054 | TAYLOR, DON> added to case 05-783 as a M |
| 4/6/2005 | 08:11:43 | 054 | Taylor, Don> Direction of Travel added: WEST |
| 4/6/2005 | 08:11:43 | 054 | Taylor, Don> Travel Street added: STREET |
| 4/6/2005 | 08:11:43 | 054 | Taylor, Don> Speed Limit added: 40 |
| 4/6/2005 | 08:11:43 | 054 | Taylor, Don> Changed or added Associated Accident Factors |
| 4/6/2005 | 08:11:43 | 054 | Taylor, Don> Changed or added Accident Sobriety |
| 4/6/2005 | 08:11:43 | 054 | Taylor, Don> Changed or added Special conditions for accident |
| 4/6/2005 | 08:12:03 | 054 | TAYLOR, DON> connection to case 05-783 changed to D |
| 4/6/2005 | 08:12:32 | 054 | Vargas, Angelica Maria> Complexion: E changed to MEDIUM |
| 4/6/2005 | 08:12:32 | 054 | Vargas, Angelica Maria> Build: B changed to Fat |
| 4/6/2005 | 08:12:32 | 054 | Vargas, Angelica Maria> HairStyle: B changed to Long |
| 4/6/2005 | 08:12:32 | 054 | Vargas, Angelica Maria> Facial Hair: D changed to None |
| 4/6/2005 | 08:12:32 | 054 | Vargas, Angelica Maria> Speech: C changed to Accented |
| 4/6/2005 | 08:12:39 | 054 | Vargas, Angelica Maria> Property Details: b;ack purse with misc items changed to black pu |
| 4/6/2005 | 08:13:09 | 054 | Vargas, Angelica Maria> Direction of Travel added: WEST |
| 4/6/2005 | 08:13:09 | 054 | Vargas, Angelica Maria> Travel Street added: STRRET |
| 4/6/2005 | 08:13:09 | 054 | Vargas, Angelica Maria> Speed Limit added: 40 |
| 4/6/2005 | 08:13:09 | 054 | Vargas, Angelica Maria> Changed or added Associated Accident Factors |
| 4/6/2005 | 08:13:09 | 054 | Vargas, Angelica Maria> Changed or added Accident Sobriety |
| 4/6/2005 | 08:13:09 | 054 | Vargas, Angelica Maria> Changed or added Special conditions for accident |

S01779

B-34

| Date | Time | By | Entry |
|------|------|-----|-------|
| 4/6/2005 | 08:13:09 | 054 | Vargas, Angelica Maria> Changed or added Accident violent crime notification |
| 4/6/2005 | 08:13:39 | 054 | Taylor, Don> Changed or added Associated Accident Factors |
| 4/6/2005 | 08:13:39 | 054 | Taylor, Don> Changed or added Accident Sobriety |
| 4/6/2005 | 08:38:34 | 054 | Yellow Amtran International, 4BKX991/CA> Color added: YELLOW |
| 4/6/2005 | 08:38:34 | 054 | Yellow Amtran International, 4BKX991/CA> Make added: AMTRAN |
| 4/6/2005 | 08:38:34 | 054 | Yellow Amtran International, 4BKX991/CA> Model added: INTERNATIONA |
| 4/6/2005 | 08:38:34 | 054 | Yellow Amtran International, 4BKX991/CA> Year: 0 changed to 1998 |
| 4/6/2005 | 08:38:34 | 054 | Yellow Amtran International, 4BKX991/CA> Status added: Involved |
| 4/6/2005 | 08:38:34 | 054 | Yellow Amtran International, 4BKX991/CA> Vehicle Type added: Other |
| 4/6/2005 | 08:38:34 | 054 | Yellow Amtran International, 4BKX991/CA> Body Style added: Commercial |
| 4/6/2005 | 08:38:35 | 054 | Yellow Amtran International, 4BKX991/CA> Added to case 05-783 |
| 4/6/2005 | 08:56:05 | 054 | Narrative of Matthew Gutting changed, original date: 04/06/2005 |
| 4/6/2005 | 08:56:06 | 054 | Date Cleared added: 02/25/2005 |
| 4/6/2005 | 08:56:06 | 054 | added: Clred By Adult Arrest |
| 4/6/2005 | 08:56:06 | 054 | Special Circumstance added: None |
| 4/6/2005 | 09:01:32 | 054 | Viewed |
| 4/6/2005 | 11:45:50 | 054 | Viewed |
| 4/6/2005 | 11:46:35 | 054 | Viewed |
| 4/7/2005 | 06:37:24 | 054 | Viewed |
| 4/7/2005 | 07:27:52 | 054 | Narrative by Matthew Gutting spell checked |
| 4/7/2005 | 07:27:58 | 054 | Narrative of Matthew Gutting changed, original date: 04/06/2005 |
| 4/7/2005 | 09:48:20 | 054 | Narrative by Matthew Gutting spell checked |
| 4/7/2005 | 09:57:40 | 054 | Supplement 2 of Matthew Gutting changed, original date: 4/7/2005 |
| 4/7/2005 | 11:43:30 | 054 | Narrative of Matthew Gutting changed, original date: 4/6/2005 |
| 4/7/2005 | 11:44:54 | 054 | Taylor, Don> Address added: |
| 4/7/2005 | 11:44:54 | 054 | Taylor, Don> City: DESERT HOT SPRINGS changed to PALM SPRINGS |
| 4/7/2005 | 11:44:54 | 054 | Taylor, Don> Zip added: 92261 |
| 4/7/2005 | 11:44:54 | 054 | Taylor, Don> Phone added: |
| 4/7/2005 | 11:44:54 | 054 | Taylor, Don> DOB added: 7/1955 |
| 4/7/2005 | 11:44:54 | 054 | Taylor, Don> Height, Ft added: 5 |
| 4/7/2005 | 11:44:54 | 054 | Taylor, Don> Height, In added: 11 |
| 4/7/2005 | 11:44:54 | 054 | Taylor, Don> Race: Black changed to (Empty) |
| 4/7/2005 | 11:44:54 | 054 | Taylor, Don> DL added: D5572061 |
| 4/7/2005 | 11:44:54 | 054 | Taylor, Don> DL State added: CA |
| 4/7/2005 | 11:46:42 | 054 | Taylor, Don> Insurance Carrier added: MIMS INTERNATIONAL LIMITED |
| 4/7/2005 | 11:46:42 | 054 | Taylor, Don> Party Number added: 2 |
| 4/7/2005 | 11:46:42 | 054 | Taylor, Don> Witness Number added: 1 |
| 4/7/2005 | 11:46:42 | 054 | Taylor, Don> Seat Position added: 3 |
| 4/7/2005 | 11:47:30 | 054 | Created person record Albert, Sim |
| 4/7/2005 | 11:48:19 | 054 | ALBERT, SIMYON> added to case 05-783 as a PA |
| 4/7/2005 | 11:48:57 | 054 | Albert, Simyon> Party Number added: 2 |
| 4/7/2005 | 11:48:57 | 054 | Albert, Simyon> Seat Position added: 3 |
| 4/7/2005 | 11:48:57 | 054 | Albert, Simyon> Changed or added Special conditions for accident |
| 4/7/2005 | 11:50:43 | 054 | Vargas, Angelica Maria> Charge #2 added: 148(A) PC |
| 4/7/2005 | 11:50:43 | 054 | Vargas, Angelica Maria> Counts #2 added: 1 |
| 4/7/2005 | 11:50:52 | 054 | Vargas, Angelica Maria> Travel Street: STRRET changed to STREET |
| 4/7/2005 | 11:54:00 | 054 | Supplement 3 added for Matthew Gutting |
| 4/7/2005 | 11:58:37 | 060 | Viewed |
| 4/7/2005 | 11:58:47 | 054 | Supplement 3 of Matthew Gutting changed, original date: 4/7/2005 |
| 4/7/2005 | 12:31:42 | 054 | Supplement 3 of Matthew Gutting changed, original date: 4/7/2005 |
| 4/7/2005 | 12:33:29 | 054 | Supplement 3 of Matthew Gutting changed, original date: 4/7/2005 |
| 4/7/2005 | 12:35:19 | 054 | Narrative by Matthew Gutting spell checked |

| Date | Time | By | Entry |
|------|------|-----|-------|
| 4/7/2005 | 12:35:21 | 054 | Supplement 3 of Matthew Gutting changed, original date: 4/7/2005 |
| 4/7/2005 | 12:42:48 | 054 | Narrative of Matthew Gutting changed, original date: 4/6/2005 |
| 4/7/2005 | 12:48:09 | 054 | Supplement 2 of Matthew Gutting changed, original date: 4/7/2005 |
| 4/7/2005 | 12:50:44 | 054 | Vargas, Angelica Maria> Seat Position added: 1 |
| 4/7/2005 | 12:50:44 | 054 | Vargas, Angelica Maria> Transported By added: N/A |
| 4/7/2005 | 12:50:44 | 054 | Vargas, Angelica Maria> Injuries added: NONE |
| 4/7/2005 | 12:50:44 | 054 | Vargas, Angelica Maria> Changed or added Associated Accident Factors |
| 4/7/2005 | 12:51:19 | 054 | Taylor, Don> Witness Number: 1 changed to (Empty) |
| 4/7/2005 | 12:51:19 | 054 | Taylor, Don> Seat Position: 3 changed to 1 |
| 4/7/2005 | 12:51:45 | 054 | Taylor, Don> Transported By added: N/A |
| 4/7/2005 | 12:51:45 | 054 | Taylor, Don> Injuries added: NONE |
| 4/7/2005 | 12:52:09 | 054 | Albert, Simyon> Transported By added: N/A |
| 4/7/2005 | 12:52:09 | 054 | Albert, Simyon> Injuries added: NONE |
| 4/11/2005 | 22:53:33 | 359 | Viewed |
| 4/12/2005 | 10:45:58 | C1 | Viewed |
| 4/12/2005 | 10:46:20 | C1 | Printed narrative of Matthew Gutting |
| 4/12/2005 | 10:46:37 | C1 | Printed supplement 2 of Matthew Gutting |
| 4/12/2005 | 10:46:50 | C1 | Printed supplement 3 of Matthew Gutting |
| 4/12/2005 | 10:49:00 | C1 | |
| 4/12/2005 | 13:59:07 | 252 | Viewed |
| 4/12/2005 | 14:00:22 | 252 | Viewed |
| 4/13/2005 | 08:51:43 | C1 | Vargas, Angelica Maria> Complexion: E changed to MEDIUM |
| 4/13/2005 | 08:51:43 | C1 | Vargas, Angelica Maria> Build: B changed to Fat |
| 4/13/2005 | 08:51:43 | C1 | Vargas, Angelica Maria> HairStyle: B changed to Long |
| 4/13/2005 | 08:51:43 | C1 | Vargas, Angelica Maria> Facial Hair: D changed to None |
| 4/13/2005 | 08:51:43 | C1 | Vargas, Angelica Maria> Speech: C changed to Accented |
| 4/14/2005 | 15:20:43 | 041 | Viewed |
| 4/14/2005 | 15:37:20 | 058 | Viewed |
| 4/14/2005 | 15:44:59 | 042 | Viewed |
| 4/14/2005 | 15:53:53 | 042 | Narrative of Matthew Gutting changed, original date: 4/6/2005 |
| 4/14/2005 | 15:56:08 | 042 | Supplement 2 of Matthew Gutting changed, original date: 4/7/2005 |
| 4/14/2005 | 15:57:10 | 042 | Supplement 3 of Matthew Gutting changed, original date: 4/7/2005 |
| 4/14/2005 | 15:57:51 | 042 | Supplement 3 of Matthew Gutting changed, original date: 4/7/2005 |
| 4/14/2005 | 15:58:32 | 042 | Supplement 3 of Matthew Gutting changed, original date: 4/7/2005 |
| 4/14/2005 | 15:58:36 | 042 | Printed |
| 4/14/2005 | 16:33:27 | C1 | Viewed |
| 4/14/2005 | 16:34:00 | C1 | Printed |
| 4/14/2005 | 16:34:02 | C1 | Printed accident report |
| 4/14/2005 | 16:39:12 | 042 | Viewed |
| 4/14/2005 | 16:39:39 | 042 | Printed accident report |
| 4/14/2005 | 16:47:28 | 042 | Viewed |
| 4/14/2005 | 16:51:16 | 042 | Vargas, Angelica Maria> Complexion: E changed to MEDIUM |
| 4/14/2005 | 16:51:16 | 042 | Vargas, Angelica Maria> Build: B changed to Fat |
| 4/14/2005 | 16:51:16 | 042 | Vargas, Angelica Maria> HairStyle: B changed to Long |
| 4/14/2005 | 16:51:16 | 042 | Vargas, Angelica Maria> Facial Hair: D changed to None |
| 4/14/2005 | 16:51:16 | 042 | Vargas, Angelica Maria> Speech: C changed to Accented |
| 4/14/2005 | 16:52:14 | 054 | Viewed |
| 4/14/2005 | 16:52:27 | 054 | 2 spent taser cartridge's> Quantity: 3 changed to 2 |
| 4/14/2005 | 17:10:30 | 054 | Viewed |
| 4/14/2005 | 17:13:13 | 054 | Vargas, Angelica Maria> Party Number added: 1 |
| 4/14/2005 | 17:13:26 | 054 | Albert, Simyon> Sex added: F |
| 4/14/2005 | 17:13:26 | 054 | Albert, Simyon> Race added: Black |

S01781

B-36

8/10/2010

| Date | Time | By | Entry |
|------|------|-----|-------|
| 4/14/2005 | 17:22:10 | 056 | Viewed |
| 4/14/2005 | 17:24:33 | 056 | Narrative of Matthew Gutting changed, original date: 04/06/2005 |
| 4/14/2005 | 17:36:20 | 054 | Narrative by Matthew Gutting spell checked |
| 4/14/2005 | 17:36:22 | 054 | Narrative of Matthew Gutting changed, original date: 04/06/2005 |
| 4/14/2005 | 17:47:13 | 054 | Narrative by Matthew Gutting spell checked |
| 4/14/2005 | 17:47:14 | 054 | Supplement 3 of Matthew Gutting changed, original date: 04/07/2005 |
| 4/15/2005 | 07:42:24 | 054 | Viewed |
| 4/15/2005 | 07:43:27 | 054 | Narrative of Matthew Gutting changed, original date: 04/06/2005 |
| 4/15/2005 | 07:45:45 | 054 | Narrative by Matthew Gutting spell checked |
| 4/15/2005 | 07:45:46 | 054 | Supplement 3 of Matthew Gutting changed, original date: 04/07/2005 |
| 4/15/2005 | 07:49:11 | 054 | Printed |
| 4/15/2005 | 07:49:18 | 054 | |
| 4/15/2005 | 07:51:02 | 054 | Printed accident report |
| 4/15/2005 | 11:55:48 | 041 | Viewed |
| 4/15/2005 | 12:38:06 | 041 | Vargas, Angelica Maria> Complexion: E changed to MEDIUM |
| 4/15/2005 | 12:38:07 | 041 | Vargas, Angelica Maria> Build: B changed to (Empty) |
| 4/15/2005 | 12:38:07 | 041 | Vargas, Angelica Maria> HairStyle: B changed to Long |
| 4/15/2005 | 12:38:07 | 041 | Vargas, Angelica Maria> Facial Hair: D changed to None |
| 4/15/2005 | 12:38:07 | 041 | Vargas, Angelica Maria> Speech: C changed to Accented |
| 4/15/2005 | 14:46:38 | 041 | Viewed |
| 4/15/2005 | 15:01:05 | 041 | Supplement 1 of Matthew Gutting changed, original date: 04/07/2005 |
| 4/15/2005 | 17:27:38 | 054 | Viewed |
| 4/15/2005 | 17:27:57 | 054 | Vargas, Angelica Maria> State: CA changed to AZ |
| 4/15/2005 | 17:33:44 | 054 | Narrative by Matthew Gutting spell checked |
| 4/15/2005 | 17:40:51 | 054 | Supplement 1 of Matthew Gutting changed, original date: 04/07/2005 |
| 4/15/2005 | 17:51:49 | 054 | Supplement 3 of Matthew Gutting changed, original date: 04/07/2005 |
| 4/15/2005 | 17:52:06 | 054 | Printed |
| 4/15/2005 | 17:52:34 | 054 | Printed accident report |
| 4/15/2005 | 18:04:08 | 054 | Narrative by Matthew Gutting spell checked |
| 4/15/2005 | 18:04:09 | 054 | Supplement 1 of Matthew Gutting changed, original date: 04/07/2005 |
| 4/15/2005 | 18:04:17 | 054 | Printed supplement 3 of Matthew Gutting |
| 4/15/2005 | 18:07:04 | 054 | Printed supplement 1 of Matthew Gutting |
| 4/15/2005 | 18:25:32 | 041 | Viewed |
| 4/15/2005 | 18:26:15 | 041 | Narrative by Matthew Gutting spell checked |
| 4/15/2005 | 18:26:20 | 041 | Narrative of Matthew Gutting changed, original date: 04/06/2005 |
| 4/15/2005 | 18:26:51 | 041 | Narrative by Matthew Gutting spell checked |
| 4/15/2005 | 18:27:10 | 041 | Narrative by Matthew Gutting spell checked |
| 4/15/2005 | 18:28:47 | 054 | Printed |
| 4/15/2005 | 18:29:02 | 054 | |
| 4/15/2005 | 18:29:07 | 041 | Supplement 3 of Matthew Gutting changed, original date: 04/07/2005 |
| 4/15/2005 | 18:30:05 | 054 | Printed accident report |
| 4/15/2005 | 18:32:40 | 054 | Taylor, Devon> Name: TAYLOR, DON changed to TAYLOR, DEVON |
| 4/15/2005 | 18:32:50 | 054 | Printed |
| 4/15/2005 | 18:34:03 | 054 | |
| 4/15/2005 | 20:04:57 | 041 | Viewed |
| 4/15/2005 | 20:12:31 | 041 | Viewed |
| 4/15/2005 | 20:16:55 | 041 | Case locked |
| 4/15/2005 | 20:16:55 | 041 | Case Type: ACCIDENT CASE changed to MISDEMEANOR ARREST |
| 4/15/2005 | 20:16:55 | 041 | Date Report Approved added: 04/15/2005 |
| 4/15/2005 | 20:16:55 | 041 | Approving Officer added: 041 |
| 4/15/2005 | 23:45:47 | 056 | Viewed |
| 4/16/2005 | 09:45:27 | 054 | Viewed |

S01782

B-37

8/10/2010

| Date | Time | By | Entry |
|------|------|----|----|
| 4/16/2005 | 17:27:23 | 041 | Viewed |
| 4/16/2005 | 17:27:40 | 054 | Viewed |
| 4/16/2005 | 17:27:45 | 054 | Case unlocked |
| 4/16/2005 | 17:28:34 | 041 | Case unlocked |
| 4/16/2005 | 17:35:10 | 054 | Supplement 3 of Matthew Gutting changed, original date: 4/7/2005 |
| 4/16/2005 | 17:35:16 | 054 | Printed |
| 4/16/2005 | 17:44:32 | 054 | Supplement 3 of Matthew Gutting changed, original date: 4/7/2005 |
| 4/16/2005 | 17:44:35 | 054 | Printed |
| 4/16/2005 | 18:02:31 | 041 | Viewed |
| 4/16/2005 | 18:04:25 | 041 | Case locked |
| 4/19/2005 | 11:27:09 | 39 | Viewed |
| 4/19/2005 | 11:27:28 | 39 | Printed narrative of Matthew Gutting |
| 4/19/2005 | 11:27:33 | 39 | Printed supplement 1 of Matthew Gutting |
| 4/19/2005 | 11:27:37 | 39 | Printed supplement 2 of Tony Sclafani |
| 4/19/2005 | 11:27:41 | 39 | Printed supplement 3 of Matthew Gutting |
| 4/20/2005 | 14:40:12 | 39 | Viewed |
| 4/21/2005 | 10:37:42 | 054 | Viewed |
| 4/21/2005 | 13:29:36 | 054 | Viewed |
| 4/22/2005 | 06:38:31 | 054 | Viewed |
| 4/22/2005 | 06:38:37 | 054 | Printed |
| 4/22/2005 | 15:25:20 | 054 | Viewed |
| 4/22/2005 | 16:22:04 | 054 | Viewed |
| 4/26/2005 | 05:30:00 | 033 | Viewed |
| 10/14/2005 | 15:48:15 | 054 | Viewed |
| 10/14/2005 | 15:48:20 | 054 | Viewed |
| 10/14/2005 | 15:48:25 | 054 | Viewed |
| 8/17/2006 | 15:36:57 | 004 | Viewed |
| 9/26/2007 | 17:49:55 | 056 | Viewed |
| 9/27/2007 | 04:24:32 | 056 | Viewed |
| 9/27/2007 | 04:24:38 | 056 | Printed |
| 9/27/2007 | 04:25:04 | 056 | Viewed |
| 9/27/2007 | 04:25:09 | 056 | |
| 9/27/2007 | 04:25:31 | 056 | Viewed |
| 7/16/2008 | 08:40:42 | C1 | Viewed |
| 7/16/2008 | 08:40:44 | C1 | Printed |
| 6/22/2009 | 14:46:12 | 252 | Viewed |
| 1/6/2010 | 15:32:19 | 059 | Viewed |
| 1/6/2010 | 15:32:54 | 059 | Printed |
| 1/6/2010 | 15:32:59 | 059 | |
| 1/6/2010 | 15:35:59 | 059 | Viewed case photo #1 |
| 1/6/2010 | 15:36:45 | 059 | Viewed |
| 1/11/2010 | 11:17:50 | CSO4 | Viewed |
| 1/11/2010 | 11:18:02 | CSO4 | Printed |
| 1/27/2010 | 15:42:43 | C1 | Viewed |
| 1/27/2010 | 15:43:23 | C1 | Reason for Printing: Audit |
| 1/27/2010 | 15:43:23 | C1 | |
| 1/27/2010 | 16:11:47 | C1 | Viewed |
| 4/12/2010 | 14:38:44 | SUSIEG | Viewed |
| 4/12/2010 | 14:38:56 | SUSIEG | Viewed Narrative (5038 characters) |
| 6/8/2010 | 13:55:36 | CSO4 | Viewed |
| 6/10/2010 | 14:25:06 | CSO4 | Viewed |
| 6/10/2010 | 14:27:52 | CSO4 | Viewed |

| Date | Time | By | Entry |
|---|---|---|---|
| 6/10/2010 | 14:28:31 | CSO4 | Viewed Supplement 2 (2523 characters) |
| 6/10/2010 | 14:30:13 | CSO4 | Viewed Supplement 3 (1568 characters) |
| 6/10/2010 | 14:31:32 | CSO4 | Viewed Narrative (5038 characters) |
| 6/10/2010 | 14:33:20 | CSO4 | Viewed Supplement 1 (3078 characters) |
| 6/10/2010 | 14:38:09 | CSO4 | Viewed case photo #1 |
| 6/23/2010 | 12:47:47 | CSO4 | Viewed |
| 6/23/2010 | 12:48:05 | CSO4 | Printed |
| 6/23/2010 | 12:49:39 | CSO4 | Viewed |
| 6/24/2010 | 16:26:27 | CSO4 | Viewed |
| 6/24/2010 | 16:26:48 | CSO4 | 2 spent taser cartridge's> Viewed |
| 6/24/2010 | 16:30:48 | CSO4 | Viewed |
| 6/24/2010 | 16:32:18 | CSO4 | Viewed |
| 6/24/2010 | 16:32:22 | CSO4 | 2 spent taser cartridge's> Viewed |
| 6/24/2010 | 16:38:40 | CSO4 | Viewed |
| 6/24/2010 | 16:38:48 | CSO4 | Viewed Supplement 3 (1568 characters) |
| 6/24/2010 | 16:42:46 | CSO4 | 2 spent taser cartridge's> Viewed |
| 6/24/2010 | 16:48:38 | CSO4 | Viewed |
| 6/24/2010 | 16:59:45 | CSO4 | Viewed |
| 6/24/2010 | 16:59:53 | CSO4 | Viewed Supplement 2 (2523 characters) |
| 6/24/2010 | 17:00:48 | CSO4 | 2 spent taser cartridge's> Viewed |
| 6/24/2010 | 17:01:58 | CSO4 | 2 spent taser cartridge's> Viewed |
| 6/24/2010 | 17:47:59 | CSO4 | Viewed |
| 6/24/2010 | 17:48:05 | CSO4 | Viewed Supplement 3 (1568 characters) |
| 6/24/2010 | 18:02:53 | CSO4 | Viewed |
| 6/24/2010 | 18:02:59 | CSO4 | 2 spent taser cartridge's> Viewed |
| 8/10/2010 | 12:55:23 | CSO4 | Viewed |
| 8/10/2010 | 17:53:11 | CSO4 | Viewed |
| 8/10/2010 | 17:53:58 | CSO4 | 2 spent taser cartridge's> Viewed |

S01784

B-39

Property List for Case 05-783
Scene: All

| ID No. | Status/Disposition | Item Description | Value | Val Recovered | Val Damaged |
|---|---|---|---|---|---|
| 1 | Evidence/Evidence Locker | 1 Blood Sample | | | |
| 2 | Evidence/Evidence Locker | 2 Taser | | | |
| | | Cartridge – spent taser cartridge's | | | |

| Case # 05-783 | Date 2/25/2005. | Offense 148(A) PC | Status EVIDENCE | Item No. 2. | Prop Code |
|---|---|---|---|---|---|

| Brand | Model | Article TASER CARTRIDGE | Quantity 2 | Measure | Size |
|---|---|---|---|---|---|

**Description**
spent taser cartridge's

| Category MISCELLANEOUS | Colors | Serial Number | Associated Person |
|---|---|---|---|

| Value Stolen | Value Recovered | Date Recovered | Value Damaged | Location | Seizure Location |
|---|---|---|---|---|---|

| Disposition Evidence Locker | Dispo Date | Dispo Time | FCN | Notes |
|---|---|---|---|---|

| DATE | TIME | BY | LOG ENTRY |
|---|---|---|---|
| 3/25/2005 | 11:49 | 054 | Evidence: 3 spent taser cartridge's |

S01786

B-41

| | |
|---|---|
| Date | 3/25/2005 |
| Time | 11:53:10 |
| Case # | 05-783 |
| Text | 2 spent taser cartridge's>  Quantity: 3 changed to 2 |

| | | |
|---|---|---|
| Entered by | 054 | Gutting, Matt |
| Position | 6 | FRONT DESK |

S01774

B-42

Date            3/25/2005

Time            12:01:46

Case #          05-783

Text            2 spent taser cartridge's>  Quantity: 3 changed to 2

Entered by      054      Gutting, Matt

Position        6        FRONT DESK

Date            3/25/2005

Time            15:33:37

Case #          05-783

Text            3 spent taser cartridge's>  Quantity: 2 changed to 3


Entered by      054    Gutting, Matt

Position        6      FRONT DESK

Page 1 of 1



SCLAFANI

| TASER Information | | Downloaded By | |
|---|---|---|---|
| Serial # | X00-097932 | Name | Radames Gil |
| Model # | X26 | Dept | DHSPD |
| X26 Software Version | 15 | Rank | Sergeant |
| Dataport CD Version | 15.5 | Windows Version | Microsoft® Windows NT(TM) Service Pack 2 |
| Record Date Range | 02/24/2005 - 02/24/2005 | Report Generated | 05/17/05 16:08:15 (local) |
| Computer Time Zone | Pacific Standard Time | | |
| Using Daylight Savings Time | No | | |

**Recorded Firing Data**

| Seq | GMT Time | Local Time | Duration | Temp | Battery | |
|---|---|---|---|---|---|---|
| 0001 | 02/24/05 08:35:14 | 02/24/05 00:35:14 | 1 | 22 | 96 | END OF 2|2 |
| 0002 | 02/25/05 05:46:30 | 02/24/05 21:46:30 | 3 | 20 | 96 | |
| 0003 | 02/25/05 05:47:12 | 02/24/05 21:47:12 | 5 | 22 | 96 | |

End of Report.

CASE NO.   CR 10-163-TJH
UNITED STATES OF AMERICA

Anthony Sclafani

VS. _____

PLAINTIFF'S EXHIBIT   72

DATE _____ IDEN.

DATE _____ EVID.

BY _____
AO 386        DEPUTY CLERK

S00481