# EXHIBIT C

1          SUPERIOR COURT OF THE STATE OF CALIFORNIA

2          FOR THE COUNTY OF RIVERSIDE - INDIO BRANCH

3                       UNLIMITED CIVIL

4

5    EDWARD MOORE, JR., CHERI          )
     FROYD, LATASHA MOORE, ARTANISE    )
6    YOUNG, VERONICA WYMAN, LISA       )
     MEYER, ALYSSA YOUNG AND JACOB     )
7    YOUNG AND EDWARD DAVID MOORE,     )
     A MINOR, DAYSHON SHEPERT, A       )
8    INCOMPETENT ADULT, INDIA          )
     IMERSON, A MINOR, BY AND          )
9    THROUGH THEIR RESPECTIVE          )
     GUARDIANS AD LITEM,               )
10                                     )
              Plaintiffs,              )
11                                     )
        vs.                            )   No. INC 060070
12                                     )
     CITY OF DESERT HOT SPRINGS,       )
13   SCLAFANI, MICHAEL VALENTICH,      )
     MATTHEW DREW, DAVID HENDERSON,    )
14   STEPHEN O'CONNOR, WALTER          )
     MCKINNEY, DOES 1 THROUGH 20,      )
15   INCLUSIVE,                        )
                                       )
16            Defendants.              )
     ──────────────────────────────────)

17

18

19          VIDEOTAPED DEPOSITION OF ANGELICA VARGAS,

20   taken on behalf of the plaintiffs, at Barkley Court

21   Reporters Riverside, 2900 Adams Street, Suite C130,

22   Riverside, commencing at 9:14 a.m., Thursday,

23   September 29, 2011, before Diana L. Porter,

24   Certified Shorthand Reporter No. 12729.

25

2

C-47

ANGELICA VARGAS

BARKLEY
Court Reporters

1    APPEARANCES:

2    FOR PLAINTIFFS:

3            ALEXANDER J. PEREZ, ESQ.
             appearing as co-counsel for Jerry L. Steering
4            Law Office of Jerry L. Steering
             4063 Birch Street, Suite 100
5            Newport Beach, California 92660
             (949)474-1849

6

7    FOR DEFENDANTS:

8            JOE MCMILLIN, ESQ.
             73710 Fred Waring Drive, Suite 217
9            Palm Desert, California 92260
             (760)773-5886
10           jmcmilli@aol.com

11

12   ALSO PRESENT:

13           JOSEPH TRAVERS
             BRAD BISSEGGER, VIDEOGRAPHER

14

15

16

17

18

19

20

21

22

23

24

25

C-48

ANGELICA VARGAS

BARKLEY
Court Reporters

09:38 1 the outer area?

09:38 2     A    Right.

09:38 3     Q    Okay.  And then you almost laid down, you

09:38 4 said.

09:38 5     A    I was like -- you know, I could show you.

09:38 6 I, like, you know, laid down.  I was like

09:38 7 (indicating), "Oh," you know.  And then, at that

09:38 8 time that -- when they were making fun of me, they

09:38 9 Tased me.

09:38 10     Q    Okay.  So they're making fun of you,

09:38 11 and -- and you sit down and then sort of lean

09:38 12 forward on your -- on your arms, with your face

09:38 13 toward the floor.  And -- and you're having trouble

09:38 14 breathing and -- and you're freaking out.  These

09:39 15 officers are standing around you, making fun of you;

09:39 16 is that accurate?

09:39 17     A    Yes.

09:39 18     Q    And then the next thing you know, you were

09:39 19 Tased?

09:39 20     A    Yes.  And I peed on myself.

09:39 21     Q    Okay.  One step at a time.

09:39 22          Did you do anything to threaten the

09:39 23 officers before they Tased you?

09:39 24     A    Absolutely not.

09:39 25     Q    Did you yell at them --

BARKLEY
Court Reporters

```
09:39   1          A     No.

09:39   2          Q     -- or insult them?

09:39   3          A     No.

09:39   4          Q     Okay.  What about before you were

09:39   5   pepper-sprayed?

09:39   6          A     No.

09:39   7          Q     Did you do anything to make them concerned

09:39   8   about their safety?

09:39   9          A     No.  All I said was, "Can I make a call?

09:39  10   I have the right to make a call."

09:39  11          Q     Okay.

09:39  12          A     And I don't think all that was necessary.

09:39  13          Q     Okay.  Relax.  I agree.  Let's slow down.

09:39  14          When -- when they first opened the door

09:39  15   and they pepper-sprayed you, you didn't try to run

09:39  16   out the door or anything?

09:39  17          A     No.

09:39  18          Q     Okay.  They opened the door.  You were

09:39  19   pepper-sprayed.  They closed the door back up.  They

09:39  20   opened the door again.  You came out, and they

09:39  21   started making fun of you.

09:39  22          Were they, like, all around you, making

09:39  23   fun of you?

09:39  24          A     They were standing.  They were like --

09:39  25   they surrounded me right there, and they were just
```

ANGELICA VARGAS

BARKLEY
Court Reporters

09:39   1    looking down at me on the floor, yes.

09:39   2         Q    Okay.  You went down on the floor and

09:40   3    you're trying to catch your breath; is that

09:40   4    accurate?

09:40   5         A    Yes.

09:40   6         Q    Okay.  And you're feeling sick?

09:40   7         A    Yes.

09:40   8         Q    And then somebody Tased you?

09:40   9         A    Yes.

09:40   10        Q    Did you see who operated the Taser?

09:40   11        A    No.

09:40   12        Q    Okay.  So you're still facedown on the

09:40   13   floor, and you were hit with the Taser.  Did you

09:40   14   feel the effect of the Taser?

09:40   15        A    It made me pee.

09:40   16        Q    Okay.  It made you pee in your pants?

09:40   17        A    Yeah --

09:40   18        Q    Okay.

09:40   19        A    -- you know.

09:40   20        Q    Did anything else happen because of the

09:40   21   Taser hit?

09:40   22        A    My chest started really hurting at that

09:40   23   point.

09:40   24        Q    Okay.

09:40   25        A    And then from there, I tried to crawl

36

C-51

ANGELICA VARGAS

BARKLEY
Court Reporters

| | | |
|---|---|---|
| 09:40 | 1 | outside.  Like, I was like, "I can't breathe.  I |
| 09:40 | 2 | can't breathe."  And I started screaming, "I swear |
| 09:40 | 3 | to God I can't breathe.  You know, take me to the |
| 09:40 | 4 | ho- -- I can't breathe." |
| 09:40 | 5 | Q    Okay. |
| 09:40 | 6 | A    And, um, they were just looking at me. |
| 09:40 | 7 | And say the cell's right there, the middle and the |
| 09:40 | 8 | thing, that exit to the cell is right there |
| 09:40 | 9 | (indicating). |
| 09:40 | 10 | Q    Okay.  Slow for one second. |
| 09:40 | 11 | The witness is indicating the wall behind |
| 09:40 | 12 | me -- |
| 09:40 | 13 | A    Yes.  The wall behind you. |
| 09:40 | 14 | Q    -- which is maybe 4 or 5 feet from you? |
| 09:41 | 15 | A    It's right, like -- |
| 09:41 | 16 | Q    Six feet. |
| 09:41 | 17 | A    Yeah, right behind you, yes. |
| 09:41 | 18 | Q    Okay.  So between you and the wall -- |
| 09:41 | 19 | A    Right. |
| 09:41 | 20 | Q    -- is where the cells were? |
| 09:41 | 21 | A    Right. |
| 09:41 | 22 | MR. PEREZ:  Approximately 6 feet, Counsel, |
| 09:41 | 23 | 5 feet? |
| 09:41 | 24 | MR. McMILLIN:  Sure, yeah. |
| 09:41 | 25 | BY MR. PEREZ:  Q  And then -- |

37

C-52

ANGELICA VARGAS

BARKLEY
Court Reporters

| | | |
|---|---|---|
| 09:42 | 1 | catch my breath.  You know, I'm letting you know I |
| 09:42 | 2 | got medical conditions. |
| 09:42 | 3 | Q    So you're crawling on the floor -- |
| 09:42 | 4 | A    I was -- |
| 09:42 | 5 | Q    -- and they're making fun of you.  What |
| 09:42 | 6 | happened next? |
| 09:42 | 7 | A    Once I was outside, I stood on the floor, |
| 09:42 | 8 | and that's when they said, "Oh, she's trying to |
| 09:42 | 9 | leave."  And then, at that point, they Tased me |
| 09:42 | 10 | again because they said that I was trying to run |
| 09:42 | 11 | away, you know. |
| 09:42 | 12 | Q    Okay.  Okay.  Slow down, slow down, slow |
| 09:42 | 13 | down. |
| 09:42 | 14 | So they Tased you again.  Did you see who |
| 09:42 | 15 | operated the Taser the second time? |
| 09:42 | 16 | A    It was the -- the -- it was two mean |
| 09:42 | 17 | officers that were sitting there, like, like, |
| 09:42 | 18 | messing with me.  It was that one taller dude that |
| 09:42 | 19 | was, like, five-nine. |
| 09:42 | 20 | Q    Okay.  Hold on.  When you say that one |
| 09:42 | 21 | taller dude, is he the person you described before |
| 09:42 | 22 | that was 35 years old? |
| 09:42 | 23 | A    Yeah.  The one that had maced me. |
| 09:42 | 24 | Q    Okay.  Okay.  And then the other officer, |
| 09:42 | 25 | can you describe the other officer? |

C-53

ANGELICA VARGAS

BARKLEY
Court Reporters

```
09:42   1        A    He had -- I -- I believe --
09:42   2             I'm not sure.  I'm not sure.  But I --
09:42   3   what I can recall, I think he had dark hair.  I'm
09:43   4   not sure.
09:43   5        Q    You think he had what?
09:43   6        A    Darker hair.
09:43   7        Q    Okay.
09:43   8        A    Like, I'm not sure.  Like, I was freaked
09:43   9   out.
09:43  10        Q    Okay.  That's fine.  Just relax.  It's not
09:43  11   a test, and we certainly don't want to have to have
09:43  12   you relive this.  I'm sorry I have to ask you these
09:43  13   questions.  But let's try and -- you know, try and
09:43  14   calm down.  I don't want you to feel bad here today.
09:43  15             Okay.  So now you've been Tased a second
09:43  16   time.  What happened after that?
09:43  17        A    After that, well, that's where they messed
09:43  18   up my ankle.
09:43  19        Q    Okay.  How was your --
09:43  20        A    They dragged me, or I don't know if it was
09:43  21   within the moment they dragged me or, you know, at
09:43  22   the same time, I think, they stepped on me and they
09:43  23   pulled me to pull me back inside.
09:43  24        Q    Okay.  So --
09:43  25        A    And I have -- and I went to the --
```

ANGELICA VARGAS

BARKLEY
Court Reporters

09:43  1          Like, my ankle now, if you see it, it's,

09:43  2     like -- looks like a baseball ball.  You know, I

09:43  3     can't -- you know, it's real big and swollen and

09:43  4     it -- I had torn ligaments and everything.

09:44  5          Q    And did you have any problem with your

09:44  6     ankle before this incident?

09:44  7          A    No, I didn't.  I went to the hospital

09:44  8     after.

09:44  9          Q    Okay.  All right.  Let's slow down.

09:44  10         You're outside, and one officer is

09:44  11    dragging you back in?

09:44  12         A    Yes.

09:44  13         Q    And another officer either stepped on your

09:44  14    ankle or --

09:44  15         A    Yeah.  Within -- you know, trying to help

09:44  16    him, that -- you know, because at that point, I was

09:44  17    like -- you know, I was screaming.

09:44  18         Q    Okay.

09:44  19         A    I was already screaming at that point.

09:44  20         Q    Okay.  Because you'd been Tased twice?

09:44  21         A    Yeah.  I was screaming for my -- like, I

09:44  22    thought --

09:44  23         I was like, man, I'm going to die here.

09:44  24         Q    Okay.  Let's slow down, slow down, slow

09:44  25    down.

41

ANGELICA VARGAS

BARKLEY
Court Reporters

09:44   1              So at this point, you'd been

09:44   2   pepper-sprayed in your face and you didn't get any

09:44   3   help to clean it off; right?

09:44   4       A    Right.

09:44   5       Q    And then, you'd been Tased twice?

09:44   6       A    Correct.

09:44   7       Q    And now they're pulling you back in to --

09:44   8       A    The cell.

09:44   9       Q    -- the cell.  And one of them steps on

09:44  10   your ankle; is that accurate?

09:44  11       A    That's correct.  My shirt had got ripped

09:44  12   off too at that point.

09:44  13       Q    And they ripped off your shirt or your

09:44  14   shirt became ripped --

09:44  15       A    Within --

09:44  16       Q    -- or your shirt became ripped off.

09:44  17       A    Yeah, within --

09:44  18            DEPOSITION OFFICER:  I'm sorry.

09:45  19            MR. PEREZ:  Yeah.

09:45  20            DEPOSITION OFFICER:  I have to take down

09:45  21   every word that's said, so I can't have you talking

09:45  22   while he's still asking the question.

09:45  23            THE WITNESS:  Okay.  Sorry.

09:45  24            DEPOSITION OFFICER:  Okay?

09:45  25            BY MR. PEREZ:  Q  So your shirt got ripped

42

C-56

ANGELICA VARGAS

BARKLEY
Court Reporters

| 09:45 | 1 | during the scuffle? |
| 09:45 | 2 | A    Yes. |
| 09:45 | 3 | Q    Somebody didn't just come up and rip your |
| 09:45 | 4 | shirt off? |
| 09:45 | 5 | A    No. |
| 09:45 | 6 | Q    It got ripped in the -- |
| 09:45 | 7 | A    Process. |
| 09:45 | 8 | Q    In the process.  Okay. |
| 09:45 | 9 | And somebody stepped on your ankle.  Which |
| 09:45 | 10 | ankle? |
| 09:45 | 11 | A    My right ankle. |
| 09:45 | 12 | Q    Okay.  And when you said that it looks |
| 09:45 | 13 | like a baseball, were you referring to still today? |
| 09:45 | 14 | A    Still today. |
| 09:45 | 15 | Q    Okay. |
| 09:45 | 16 | A    It's swollen. |
| 09:45 | 17 | Q    And you said that, um, you had ligaments |
| 09:45 | 18 | torn and you had to go to the hospital for that? |
| 09:45 | 19 | A    That is correct. |
| 09:45 | 20 | Q    Okay.  Did you see who stepped on your |
| 09:45 | 21 | ankle? |
| 09:45 | 22 | A    No. |
| 09:45 | 23 | Q    Okay.  Tell me what's the next thing you |
| 09:45 | 24 | remember happening after that? |
| 09:45 | 25 | A    They put me back in the cell.  From the |

43

C-57

ANGELICA VARGAS

BARKLEY
Court Reporters

09:45   1   cell, they transferred me to the first cell.  Um, at

09:45   2   that point, that's when Detective Heath came and

09:45   3   took pictures of my arm, my chest, my leg.  I don't

09:45   4   know what happened to all the pictures, the

09:46   5   evidence, you know.  Because the FBI agent only

09:46   6   showed me one of the pictures.  But she did take

09:46   7   more than one picture of the bruises on my arm and

09:46   8   that.  And at that point, she -- she, like, looked

09:46   9   at me.  Her eyes were watery.

09:46   10      Q    Okay.  Let's slow down.

09:46   11           You said they transferred you from one

09:46   12   cell to another?

09:46   13      A    Yes.  They changed me to one cell to

09:46   14   another.

09:46   15      Q    Okay.  Where was the other cell in

09:46   16   relation to the cell you were at.

09:46   17      A    (Indicating) right next door.

09:46   18      Q    Did they say why they were switching you

09:46   19   from one cell to another?

09:46   20      A    To clean it up, because I -- I -- there

09:46   21   was a little bit of, like, blood on the wall.

09:46   22      Q    Okay.  So the blood was yours?

09:46   23      A    Yes.

09:46   24      Q    Okay.  How did blood get on the wall?

09:46   25      A    I don't know, when I leaned on it or

44

C-58

ANGELICA VARGAS

BARKLEY
Court Reporters

09:46  1    something.

09:46  2         Q     Where were you bleeding from?

09:46  3         A     I don't remember.  That's -- I was just --

09:46  4               I was freaked out and then, you know.  But

09:46  5    I do remember seeing.  You know, at the moment I was

09:46  6    just -- I had --

09:46  7               My shirt was ripped.  I was peed.  I was

09:47  8    like, you know.  The blood didn't even -- when I

09:47  9    seen it and I was just like it didn't even matter.

09:47 10    It was probably from my nose, where -- you know,

09:47 11    where --

09:47 12         Q     Okay.

09:47 13         A     Because I do get nose bleeds.

09:47 14         Q     Okay.  Let's slow down now.

09:47 15               So they transferred you to the new cell?

09:47 16         A     Yes.

09:47 17         Q     When you got in that new cell, a Detective

09:47 18    Heath came to see you?

09:47 19         A     Yes, she was there.

09:47 20         Q     Can you describe Detective Heath?

09:47 21         A     Um, five-six, -seven, she had black hair

09:47 22    or -- you know, black hair.  Like, yeah, I could

09:47 23    just -- like, she was young, like, 30 --

09:47 24         Q     Okay.

09:47 25         A     -- you know.

45

C-59

ANGELICA VARGAS

BARKLEY
Court Reporters

09:47  1          Q     And she came to see you and she took some

09:47  2   photographs, you said?

09:47  3          A     Yes.

09:47  4          Q     Okay.  And what --

09:47  5          A     Real nice lady too, because after I went

09:47  6   after, she helped me.

09:47  7          Q     Okay.  So she comes in and takes some

09:47  8   photographs of you, and then --

09:47  9          A     Yes.

09:47 10          Q     -- you spoke with her?

09:47 11          A     Yes.

09:47 12          Q     And what did she say to you?

09:47 13          A     She had told me that a week prior to me,

09:48 14   that it had happened to a guy.  And then, she was --

09:48 15   she said, "I did not agree what happened with you.

09:48 16   I thought they were going to kill you."

09:48 17          Q     Detective Heath said this to you in the

09:48 18   cell?

09:48 19          A     Yes.

09:48 20          Q     Okay.

09:48 21          A     She said, "When I signed up for -- when I

09:48 22   became -- you know, when I became -- when I signed

09:48 23   up for this, I did not sign up for this, you know.

09:48 24   When I became an officer, I did not sign up for

09:48 25   this."

46

C-60

ANGELICA VARGAS

BARKLEY
Court Reporters

09:51 1          BY MR. PEREZ:  Q  All right.

09:51 2      A    So I was sitting there and I was grabbing

09:51 3  toilet paper, like, to clean myself, you know,

09:51 4  because I had peed.  And he's like, "What are you

09:51 5  doing?"  And I was just, like -- you know, peed on

09:51 6  myself and I was -- I'm embarrassed, but, you know.

09:51 7  So he was like, "Hold on."  And he left and came

09:51 8  back with a blanket and a blue paper suit.

09:51 9      Q    Okay.  So he gave you a blue paper

09:52 10 jumpsuit and a blanket?

09:52 11     A    Yes.

09:52 12     Q    Okay.  What's the very next thing you

09:52 13 remember after receiving the blue jumpsuit and the

09:52 14 blanket from the black officer?

09:52 15     A    After that, within, like, maybe, like, two

09:52 16 hours after -- you know, it was early, you know.

09:52 17 Like, two hours later, the officer, the arresting

09:52 18 officer came and they filled out the paperwork to

09:52 19 let me go.

09:52 20     Q    Okay.  Now, when you say the arresting

09:52 21 officer, was that the same officer that -- that took

09:52 22 you in the car originally, that you described --

09:52 23     A    Yes.

09:52 24     Q    -- as younger and with a military

09:52 25 haircut --

51

C-61

ANGELICA VARGAS

BARKLEY
Court Reporters

09:52 1      A      Yes.

09:52 2      Q      -- and handsome and white?

09:52 3      A      Yeah.

09:52 4      Q      Okay.  So you saw him filling out

09:52 5   paperwork?

09:52 6      A      Yeah.  He was -- he was doing something,

09:52 7   and he was, like, okay, you know.  He's the one that

09:52 8   released me.

09:52 9      Q      Okay.  But you mentioned that he came and

09:52 10  filled out paperwork.

09:52 11     A      Yes.

09:52 12     Q      Did you see him filling out paperwork?

09:52 13     A      I seen him filling out some papers outside

09:52 14  of the cell, yes.

09:52 15     Q      Okay.  And did he speak to you?

09:52 16     A      Yeah.  He's like, "Don't be -- don't be

09:53 17  drinking and driving, don't get in trouble."

09:53 18     Q      Okay.

09:53 19     A      He's like, "You see what you had to go

09:53 20  through because you were drinking?"

09:53 21     Q      Okay.

09:53 22     A      And I was just like -- I looked at him

09:53 23  like --

09:53 24            I just gave him a look like whatever,

09:53 25  dude, let me out.

C-62

ANGELICA VARGAS

**BARKLEY**
*Court Reporters*

09:58  1        A     Um, they -- they -- she --

09:58  2              It wasn't her.  It was some -- some other

09:58  3    officer that let me make the call.

09:58  4              (Interruption by cell phone.)

09:58  5              MR. McMILLIN:  Sorry.

09:58  6              BY MR. PEREZ:  Q  Now, were you having any

09:58  7    trouble walking due to your ankle at that time?

09:58  8        A     I was limping.

09:58  9        Q     And were you still wearing the blue jail

09:59 10    jumpsuit when you left?

09:59 11        A     Oh, yes.

09:59 12        Q     Okay.

09:59 13        A     And then, um, I walked down, like, a

09:59 14    block.  There was a hotel on the left-hand side.  I

09:59 15    did not go to the hotel where the officer said

09:59 16    because it looked too expensive for me.  So I went

09:59 17    one -- down the street, and that's the hotel I got.

09:59 18    And I remember I jumped in the shower and, whoa, my

09:59 19    face started burning.  My whole body -- I felt,

09:59 20    like, it, like, burning, you know, like --

09:59 21        Q     Did you attribute that to the pepper

09:59 22    spray?

09:59 23        A     Yes.

09:59 24        Q     Okay.

09:59 25        A     But, um, um, the investigator that went to

                            60                                    C-63

ANGELICA VARGAS

BARKLEY
Court Reporters

09:59  1    the house, he's like, "Did anyone ever tell you you

09:59  2    have to tap yourself?  Because if you let the water

09:59  3    run on you, it's going to burn even more."

09:59  4            I said, "I wish I would have known that

09:59  5    because I just jumped in the shower and it burned

09:59  6    even more."  I couldn't even sleep because my face

09:59  7    was just, like, burning.

09:59  8        Q    Okay.  So when you left the police

09:59  9    station, you had your purse and your ID and credit

09:59  10   cards, things like that?

09:59  11       A    Yeah.  And then all my clothes was in the

09:59  12   car.

09:59  13       Q    Okay.  That's what I was going to ask you.

10:00  14            The vehicle still had your other luggage

10:00  15   in it and your clothes and things?

10:00  16       A    Yes.

10:00  17       Q    You weren't able to access that?

10:00  18       A    No.

10:00  19       Q    Okay.  So you -- you were walking.  You

10:00  20   had your purse.  You had the ability to rent the

10:00  21   hotel room.  But you were walking around with this

10:00  22   blue jail jumpsuit?

10:00  23       A    Yes.

10:00  24       Q    Okay.  When you -- when you went to the

10:00  25   hotel, do you remember the name of the hotel?

61

C-64

BARKLEY
Court Reporters

10:21  1   and that's it, you know, and this other case, I

10:21  2   said, and that's all I know.

10:21  3        Q    Okay.

10:21  4        A    And that, I didn't like, because I could

10:21  5   have been -- you know, I don't know.  It could be

10:21  6   anybody and I don't like that.

10:21  7        Q    Briefly, you said that you went to the

10:21  8   doctor for your ankle?

10:21  9        A    Yes.

10:21 10        Q    And is your ankle getting better or are

10:21 11   you being treated?

10:21 12        A    Oh, no.  It's getting worse.  Within time,

10:21 13   it's like -- like, my ankle at night, it's

10:21 14   constantly throbbing.  It's sore.  I can't, like,

10:21 15   wear like heels.  Like, these boots right now, when

10:21 16   I came, I put them on.  But driving, I put on

10:21 17   sandals, you know.  But I was, like -- but if I show

10:21 18   it to you, you could see how big it is.

10:21 19        Q    Okay.  Well, I might ask you to do that

10:22 20   for us before we leave.  Go ahead.  You can do it.

10:22 21        A    And you could see where the line's at.

10:22 22   Look, it's, um, right here (indicating).

10:22 23        Q    Oh, yeah.  Okay.

10:22 24        A    You know, it's messed up.

10:22 25        Q    That's huge.

C-65

ANGELICA VARGAS

BARKLEY
Court Reporters

| | | |
|---|---|---|
| 10:22 | 1 | Okay.  Thank you.  I don't think I have |
| 10:22 | 2 | anything further. |
| 10:22 | 3 | MR. PEREZ:  Counsel? |
| 10:16 | 4 | EXAMINATION |
| 10:22 | 5 | BY MR. McMILLIN:  Q  Yes.  Ms. Vargas, I'm |
| 10:22 | 6 | Joe McMillin.  I represent the City. |
| 10:22 | 7 | A  Okay. |
| 10:22 | 8 | Q  And did the FBI show you any pictures? |
| 10:22 | 9 | A  Yes, they did. |
| 10:22 | 10 | Q  Okay.  And were you able to identify any |
| 10:22 | 11 | of the officers from the pictures? |
| 10:22 | 12 | A  Oh, they did not show me pictures of |
| 10:22 | 13 | officers. |
| 10:22 | 14 | Q  Oh, I'm sorry. |
| 10:22 | 15 | A  I thought of me and my bruises, sorry. |
| 10:22 | 16 | Q  Okay.  That's my fault because I didn't |
| 10:22 | 17 | make that clear. |
| 10:22 | 18 | Did they show you any pictures of |
| 10:22 | 19 | officers? |
| 10:22 | 20 | A  No, they did not. |
| 10:22 | 21 | Q  All right.  And so as far as you know, the |
| 10:22 | 22 | only identification you gave to them is what you've |
| 10:23 | 23 | told us today? |
| 10:23 | 24 | A  Correct.  And, um, they said that some of |
| 10:23 | 25 | the officers, um, came forward and, um, mentioned |

ANGELICA VARGAS

BARKLEY
Court Reporters

| | | |
|---|---|---|
| 10:24 | 1 | you in jail? |
| 10:24 | 2 | A    He didn't -- he didn't -- |
| 10:24 | 3 |     He didn't hit me or do nothing, Tase me or |
| 10:24 | 4 | none of that.   The -- you know, the only thing that |
| 10:24 | 5 | he -- |
| 10:24 | 6 |     The only thing he made me do was clean up |
| 10:24 | 7 | the throw-up. |
| 10:24 | 8 | Q    Okay. |
| 10:24 | 9 | A    And, you know, at the end, "You see the |
| 10:24 | 10 | trouble you get yourself in, you know, for |
| 10:24 | 11 | drinking."   That's it. |
| 10:24 | 12 | Q    Okay.  So -- but he didn't Tase you? |
| 10:24 | 13 | A    No. |
| 10:24 | 14 | Q    It was someone else that Tased you? |
| 10:24 | 15 | A    Yeah. |
| 10:24 | 16 | Q    Okay.  All right.  And -- and you were |
| 10:24 | 17 | Tased twice? |
| 10:24 | 18 | A    Yes. |
| 10:24 | 19 | Q    And did you see the officer that Tased you |
| 10:24 | 20 | either one of those times? |
| 10:24 | 21 | A    I did see one of them, you know, one of |
| 10:24 | 22 | them that did Tase me, the one that's like in his |
| 10:24 | 23 | 30-something, you know, kind of (indicating), like, |
| 10:24 | 24 | tall, you know, taller, like five-eight, five-nine, |
| 10:24 | 25 | maybe taller, you know, kind of, like (indicating), |

C-67

ANGELICA VARGAS

BARKLEY
Court Reporters

10:24  1    you know, buff, a little.

10:25  2         Q    And he's not the same one that

10:25  3    pepper-sprayed you?

10:25  4         A    That's the one that pepper-sprayed me.

10:25  5         Q    Okay.  All right.  Let me go through this

10:25  6    again.

10:25  7              All right.  Now, there's -- you've talked

10:25  8    about an arresting officer.

10:25  9         A    Okay.

10:25  10        Q    Is that correct?

10:25  11        A    Yes.

10:25  12        Q    And he did not pepper-spray you or Tase

10:25  13   you?

10:25  14        A    No.

10:25  15        Q    All right.  Then, you've talked about an

10:25  16   officer that opened the door?

10:25  17        A    Right, different officer.

10:25  18        Q    Right.  And that -- and he was a different

10:25  19   officer than the one that arrested you?

10:25  20        A    Yes.

10:25  21        Q    And he pepper-sprayed you in the face?

10:25  22        A    Yes.

10:25  23        Q    Then, you talked about being Tased.

10:25  24        A    That was the same officer that maced me.

10:25  25        Q    Okay.  All right.  Okay.  So you were

                                  79                          C-68

                        ANGELICA VARGAS

                                                    BARKLEY
                                                    Court Reporters

10:25  1    Tased twice?

10:25  2        A    Yes.

10:25  3        Q    Did you see both officers that Tased you

10:25  4    or both times you were Tased?

10:25  5        A    The second time, I did not see.  That's

10:25  6    when I was outside and I had already peed on myself

10:25  7    and I was outside, you know --

10:25  8        Q    Okay.

10:26  9        A    -- and I was on the floor.

10:26  10       Q    The answer's no?

10:26  11       A    The answer's no.

10:26  12       Q    Okay.  All right.  Now, the one that you

10:26  13    did see Tase you was the same one that had

10:26  14    pepper-sprayed you?

10:26  15       A    Correct.

10:26  16       Q    Okay.  And you've described him?

10:26  17       A    Yes.

10:26  18       Q    All right.

10:26  19       A    I do remember the -- the FBI agent giving

10:26  20    me the name.  I had it written down.  I probably

10:26  21    have to go through my file papers and find it.  But,

10:26  22    um, if anything, I know I could just call the FBI

10:26  23    agent and he'll give me whatever information I want,

10:26  24    case number or whatever, you know.

10:26  25       Q    Okay.  You don't need to do that.

80

C-69

ANGELICA VARGAS

BARKLEY
Court Reporters

10:26  1       A     Okay.  Because he's like, "I got it, you

10:26  2   know, if you ever need it."

10:26  3             And I was like, "Okay," you know.

10:26  4       Q     Okay.  Now, after you filed a complaint

10:26  5   with the police department, you said you were -- you

10:27  6   visited with some officers from Internal Affairs,

10:27  7   then, and you -- in Indio; is that correct?

10:27  8       A     Correct.

10:27  9       Q     All right.  And how many officers met with

10:27 10   you?

10:27 11       A     In -- in the interview room, there --

10:27 12   there was --

10:27 13             I don't recall if it was two or three.  I

10:27 14   think there were -- there was one that was

10:27 15   recording, one --

10:27 16             There was three.  I believe it was three.

10:27 17       Q     Okay.  Were they in uniform?

10:27 18       A     They were in suits.

10:27 19       Q     All right.  And did they identify

10:27 20   themselves as, uh, officers with the Desert Hot

10:27 21   Springs Police Department?

10:27 22       A     They said they were from Internal Affairs.

10:27 23       Q     Okay.

10:27 24       A     They did not say they were officers.  They

10:27 25   said they were from Internal Affairs.  And, um,

                                81                          C-70

ANGELICA VARGAS

BARKLEY
Court Reporters