# EXHIBIT E



## Confidential Investigative Services

Applicant Interview

Date: 10-27-04

**PERSONAL:**   Position: _Police Sergeant_ .

Full name (also include Maiden) _Tony Alonzo Sciafani_
Verify Address on Personal History Statement.

Age: ▓▓   Where were they born? ▓▓▓▓▓▓▓▓▓▓▓▓▓▓.
Immigrated When? _____ Date of Birth: ▓▓▓▓▓▓
Social Security No. ▓▓ ▓▓ ▓▓▓▓

Current Address: _____ ▓▓▓▓▓▓ _____.
_____ . Day time telephone: ▓▓▓▓▓▓▓▓▓▓

Verify that you have birth certificate and social security card and if appropriate Alien Registration (copies). If not, make arrangements that we get them by Fax ASAP.

**Tattoos:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.
_____

**MARTIAL:**

If married (or divorced) or common-law (circle one) How long? ▓▓▓▓▓
If divorced, how long were they married? _____ When did they
divorce? _____ (continue on back for additional spouses if necessary). If common-law, please circle. Child support payments: _____ Are they current? _____

Spouse's Name ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ DOB ▓▓▓▓▓▓

Occupation ▓▓▓▓▓▓ Employer ▓▓▓▓▓▓▓▓▓▓

How Long? ▓▓▓▓▓▓

1. Has the spouse ever been arrested? ▓▓▓▓▓▓ If yes, get an explanation and write it down on the back of this page. Have the police ever contacted them, either at home or in the field? Explain.
2. Explore the use of drugs and take notes on rear of page.
3. Has the applicant ever been arrested? ▓▓▓▓▓▓ . Notes on the back of the page.

Children. Names, ages, and if applicable occupation. (Use back for more). If they do not live with the applicant, then with whom are they living. _____ .

1. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
2. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
3. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
4. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓



SUBJECT TO COURT'S PROTECTIVE ORDER     S04977 E-84



State of California
**PERSONAL HISTORY STATEMENT – PEACE OFFICER**
POST 2-251 (01/03) -- Page 11 of 16

*Section 5: Experience and Employment, continued*

**20. IF YOU HAVE NO PRIOR EMPLOYMENT, EXPLAIN.**

**21. HAVE YOU EVER BEEN DISCIPLINED AT WORK?**
This includes written warnings, formal letters of counseling, reprimands, suspensions, reductions in pay, reassignments or demotions.
☒ YES ☐ NO   IF YES, GIVE DETAILS BELOW.

| WHEN? | NAME OF EMPLOYER Riverside County Sheriffs Department |

WHY? Recived written reprimand for an accidental discharge, received a reduction in salary for an on duty traffic collision.

**22. HAVE YOU EVER BEEN FIRED, RELEASED FROM PROBATION, OR ASKED TO RESIGN FROM ANY PLACE OF EMPLOYMENT?**
☒ YES ☐ NO   IF YES, GIVE DETAILS BELOW.

| WHEN? 09/01/1992 | NAME OF EMPLOYER Fontana Police Department |

WHY? Fontana P.D. on probation
5/2000 Riverside Sheriffs Department  Policy Violation

**23. HAVE YOU EVER APPLIED TO BE A PEACE OFFICER WITH ANOTHER AGENCY?**
☒ YES ☐ NO   IF YES, INCLUDE THE NAME OF THE AGENCY, WHEN YOU APPLIED, AND WHETHER THE APPLICATION IS STILL PENDING.
*If you were unsuccessful for other than medical reasons, explain the circumstances.*

I have not applied for a position with another agency, other than those listed as employers, since working for Riverside. I have no applications pending.

### SECTION 6: MILITARY EXPERIENCE

**24.** IF YOU ARE MALE AND BORN BEFORE MARCH 29, 1957 OR AFTER DECEMBER 31, 1959, AND ARE A CITIZEN OF THE UNITED STATES, OR YOU WERE A RESIDENT OF THE UNITED STATES ON YOUR 18TH BIRTHDAY, PROVIDE YOUR SELECTIVE SERVICE NUMBER.
SELECTIVE SERVICE NUMBER ▮▮▮▮▮

**25. HAVE YOU EVER SERVED IN ONE OF THE FOLLOWING?** IF YES, FILL IN BOXES 26 THROUGH 30.
☐ ARMED FORCES   ☐ NATIONAL GUARD   ☐ MILITARY RESERVES

| 26. BRANCH OF SERVICE | 27. DATES OF SERVICE | 28. TYPE OF DISCHARGE |
|---|---|---|
| N/A | FROM          TO | |

**29. CURRENT STATUS**
ARE YOU CURRENTLY PARTICIPATING IN ONE OF THE FOLLOWING? ☐ MILITARY RESERVE ☐ NATIONAL GUARD

**30. HAVE YOU EVER BEEN THE SUBJECT OF ANY JUDICIAL OR NON-JUDICIAL DISCIPLINARY ACTION?**
☐ YES ☐ NO   IF YES, GIVE DETAILS BELOW.

| APPROX DATE | BRANCH OF SERVICE |

EXPLAIN CIRCUMSTANCES





SUBJECT TO COURT'S PROTECTIVE ORDER        S04990
E-85



State of California
**PERSONAL HISTORY STATEMENT – PEACE OFFICER**
POST 2-251 (01/03) – Page 16 of 16

*Section 9: Motor Vehicle Operation, continued*

49. OTHER THAN FOR MEDICAL REASONS, OR FAILURE TO PAY A PREMIUM, HAVE YOU EVER BEEN REFUSED AUTOMOBILE LIABILITY INSURANCE OR A BOND, OR HAD THEM CANCELLED?
▓▓▓ IF YES, GIVE DETAILS BELOW.

| DATE | REASON |
|---|---|
| | |

INSURANCE COMPANY AND ADDRESS

50. HAVE YOU EVER BEEN CHARGED WITH WILLFUL FAILURE TO APPEAR IN COURT OR FAILURE TO PAY A FINE ON A TRAFFIC CITATION THAT YOU HAVE RECEIVED?
▓▓▓▓▓▓▓▓▓▓

| DATE | REASON |
|---|---|
| ▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |

51. OTHER THAN MEDICAL ISSUES, USE THE SPACE BELOW FOR ADDITIONAL INFORMATION YOU WOULD LIKE TO INCLUDE REGARDING YOUR DRIVING RECORD.

## SECTION 10: GENERAL TOPICS

52. HAVE YOU EVER BEEN REFUSED A PERMIT TO CARRY A CONCEALED WEAPON?
▓▓▓ IF YES, EXPLAIN.

53. ARE YOU NOW, OR HAVE YOU EVER BEEN, A MEMBER OF A CRIMINAL ENTERPRISE?
▓▓▓ IF YES, INDICATE THE GROUP NAME, WHEN, WHERE AND THE CIRCUMSTANCES.

## SECTION 11. CERTIFICATION

I hereby certify that I have personally completed each page of this form and any supplemental page(s) I have attached, and that all statements made on each and every page are true and complete to the best of my knowledge and belief. I understand that any misstatement of material fact may subject me to disqualification, or, if I have been appointed, may disqualify me from continued employment.

| SIGNATURE IN FULL | DATE |
|---|---|
| *[signature]* | 102604 |



SUBJECT TO COURT'S PROTECTIVE ORDER       S04995

E-86