

**HOMEBOY INDUSTRIES**
"Nothing Stops A Bullet Like A Job"
130 W. Bruno Street • Los Angeles • CA • 90012
Phone 323.526.1254 • Fax 323.526.1257
www.homeboy-industries.org

**Board of Directors**

Carol Biondi
H. Thomas Boyle
James A. Burk
Rosa Campos
Alex Chaves, Sr.
Steven D. Goo
J. Michael Hennigan
Christine Lynch
Amanda Mansour
Charlie McPhee
J. Mario Molina, M.D.
Fr. Al Naucke, S.J.
Viktor Rzeteljski
Joe Seager
Kim Sentovich
Rob Smith
Carlos Vasquez
Joseph J. Ybarra

**Honorary Board Members**

David V. Adams, Sr.
Herb Alpert
Robert Graham *
Anjelica Huston
David G. Price

**Services**

Case Management
Curriculum/Education
Employment Counseling
Legal Services
Mental Health
Twelve Step Meetings
Ya 'Stuvo Tattoo Removal

**Homeboy Industries**

Homeboy Bakery
Homeboy Diner
Homeboy Farmers Markets
Homeboy Merchandise
Homeboy Silkscreen & Embroidery
Homegirl Café & Catering

* deceased

July 19, 2012

Honorable Terry J. Hatter
United States District Judge
United States Courthouse
312 N. Spring Street
Los Angeles, CA 90010

Dear Judge Hatter,

As Founder and Executive Director of Homeboy Industries, an employment referral center and economic development program for formerly gang-involved youth, and recently-released inmates, I am pleased to offer my support to **Tony Sclafani**, with whom I have met to review the curriculum he has created for community based organizations working with this population.

I have reviewed the program with Mr. Sclafani and had an opportunity to meet with him to discuss the goals and how the program can be implemented. After review and consultation with my team, we feel the program is one we can definitely integrate with our current curriculum to help our trainees and clients learn to interact with law enforcement in a less conflictive manner.

I believe that this program could benefit the thousands of people, both formerly gang-involved men and women, and recently released inmates, who come through our doors every year, to reduce conflictive interactions with law enforcement by educating them via our weekly classes. We would be happy to have Mr. Sclafani present the material himself, and believe that, with his many years of experience as a police officer, he would have great impact on our population.

I am enclosing a copy of our Information flier and current Weekly Curriculum Schedule for your review.

I greatly appreciate your attention to this letter.

Sincerely,

Fr. Gregory J. Boyle, S.J.
Executive Director

# Curriculum Schedule: June 2012

**HOMEBOY INDUSTRIES**

Legend:
- Academic Classes
- Life Skills Classes
- Substance Abuse
- Support Groups
- Extracurricular
- Work Readiness

| Monday | Tuesday | Wednesday | Thursday | Friday |
|---|---|---|---|---|
| Class : B<br>Monday, Morning, Meditation<br>9:00–10:00am | Break room:<br>Exit Wounds<br>Art Class<br>9:00–10:00am | Class: B<br>Creative Writing<br>9:00–10:00am | Class: A<br>New Realities<br>Breaking Employment Barriers<br>9:00–10:00am | Break Rm:<br>Solar Panel Testing<br>9:00–10:30am |
| Class: A<br>Homeboy 101*<br>10:00–11:00am | Class: A<br>Finding The Hidden Job Markets<br>9:00–10:00am | Class: A<br>Homeboy 101*<br>10:00–11:00am | Class: B<br>G.E.D Tutoring<br>9:30–12:00pm | Class: A<br>Baby & Me<br>9:00–10:30am |
| Class: A<br>Employment Services:<br>Info session<br>11:00–11:30am | Class: B<br>G.E.D Tutoring<br>9:30–12:00pm | Class: B<br>AVP Info Session<br>10:00–11:00am | Class: A<br>NA<br>10:30–12:00pm | Class:B<br>Criminals & Gang members Anonymous Group<br>10:00–11:00am |
| Lab:<br>Excel 101<br>Lecture<br>9:30–10:30am | Class: A<br>Parenting<br>10:30–11:30am | Class: A<br>Leadership:<br>Character Building<br>11:00–12:00pm | Class: B<br>Yoga<br>12:00–1:00pm | Class: A<br>Employment Services:<br>Info session<br>11:00–11:45am |
| Lab:<br>Excel Workshop<br>10:30–12:00am | Class : A<br>Alcoholics Anonymous<br>11:30–12:30pm | Field:<br>Basketball:<br>Body Conditioning<br>11:00–12:30 | Class: A<br>Building Relationships for Women<br>1:00–2:15pm | Class : B<br>Healing Circle<br>11:00–12:30pm |
| Class : A<br>AA / NA<br>11:30–12:30pm | Class: B<br>Improvisation for the Theater<br>2:00–3:00 | Class: B<br>NA<br>Women to Women<br>1:00–2:00pm | Class: B<br>$ Stretch Your Money $<br>1:00–2:00pm | Lab:<br>Computer Basic*<br>1:00–2:00pm |
| Class : A<br>Bridge To College<br>12:30–1:30pm | Class: A<br>Substance Abuse Phase 2<br>1:30–2:30pm | Group Therapy:<br>Tutoring-Ms June<br>1:00–3:00pm | Class: B<br>Parenting*<br>2:00–3:00pm | Class: A<br>Relapse Prevention<br>1:00–2:00 pm |
| Class : B<br>DV Men's group<br>1:00–3:00pm | Class: A<br>Anger Management<br>2:30–3:30pm | Lab:<br>Computer Basics*<br>1:00–2:30pm | Class: A<br>Anger Management<br>2:30–3:30pm | Class: B<br>Public Speaking<br>2:30–3:30 pm |
| Lab:<br>Computer Basics*<br>1:00–2:30pm | Class: B<br>Solar Panel Tutoring<br>3:30–5:00pm | Class: A<br>Project Fatherhood<br>1:30–3:00pm | Class: A<br>Tom Agreements<br>3:30–4:30pm | Class : A<br>Dancing Heals<br>Dance To The Groove<br>3:30–4:30pm |
| Class : A<br>Substance Abuse Phase 1<br>1:30–2:30pm | Field:<br>Physical Training<br>3:00–4:15pm | Class: A<br>Substance Abuse Phase 1<br>3:00–3:45pm | Class: B<br>Solar Panel Tutoring<br>3:30–5:00pm | Lab:<br>Computer Literacy:<br>Overcoming Computer Fears<br>2:30–4:30pm |
| Group Therapy:<br>Tutoring-Ms June<br>1:00–3:00pm | | Class: B<br>DV Intervention For Women<br>4:00–6:00pm | Field:<br>Physical Training<br>3:00–4:15pm | |
| Class: A<br>Homegirl Leadership<br>3:00–5:00pm | | Class: A<br>Solar Panel Tutoring<br>3:45–5:00pm | Lab:<br>Drive Testing Preparation<br>3:30–4:30pm | |
| Class: B<br>Solar Panel Tutoring<br>3:30–5:00pm | | | | |

**Evening Courses:** Monday – DV Men's Group 6:00–8:00   Tuesday – NA 6:00–7:30,   * HBI Trainees

CESAR U: 6/1/2012



Tony Sclafani <tasclafani@gmail.com>

## Letter to judge

**George Horan** <geohoran@earthlink.net>        Thu, Jul 19, 2012 at 2:43 PM
To: tasclafani@gmail.com

Tony,
Below is a copy of the letter that I sent to Judge Hatter today.  Do you need a copy of it on letterhead?  If so, let me know the address to send it to.  I will certainly keep you and your family in prayer as you go for sentencing.  Be about peace,  Fr. George

July 19, 2012

Honorable Terry J. Hatter
United States District Judge
United States Courthouse
312 N. Spring Street
Los Angeles, CA 90010

RE: Anthony Sclafani


Dear Judge Hatter,

I am Fr. George Horan.  I am the co-director of the Office of Restorative Justice for the Catholic Archdiocese of Los Angeles.  I have been a chaplain at Men's Central Jail in Los Angeles for over 25 years and am the Catholic Liaison for the Los Angeles Sheriff's Department's jails.  I am also a volunteer chaplain at two state prisons where I do victim-offender work.  As part of my job, I also oversee our program for families of murder victims.  I am writing this letter on behalf of Anthony Sclafani.

I have had the opportunity to meet with Tony and discuss his situation.  I find him to be a good man who is dedicated to his family, his faith, and his profession.  I also believe that he has come to understand that there is a need to question established policy at times to faithfully carry out the mandate that has been given to every peace officer to respect the rights of everyone while working to bring an end to crime.  His experience and knowledge would be a tremendous asset to helping others in law enforcement look at the way they carry out their duties.

As you may know, there has been a lot of press recently regarding violence by deputies at Men's Central Jail.   The Sheriff and especially the captain at MCJ are working very hard to make sure that that kind of behavior does not continue.  I believe that Tony could assist them in their efforts.  He has developed a plan to help educate police and deputies regarding the use of force.  Law enforcement officers, I believe, would be much more open to hear that from "one of their own."

The Restorative Justice model looks to heal those who have been affected by crime and to prevent  further injuries.  I believe that Tony is in a very good position to help accomplish that.  Restorative Justice also demands that the offender take responsibility for what he or she has done

and tries to correct the situation.  I believe that Tony could do a lot change the "culture" that is sometimes found among peace officers that leads to violence.  As a concerned citizen, I believe that the community would benefit greatly from his presence and work in the community.

I would appreciate the opportunity to work with Tony to make our jails and our communities safer places for everyone.  Thank you for your consideration of my thoughts.


Sincerely,


Fr. George Horan
Co-Director

00003

# operationnewhope
CHANGING LIVES ONE STEP AT A TIME

Honorable Terry J. Hatter
United States District Judge
United States Courthouse
312 N. Spring Street
Los Angeles, CA 90010

June 13, 2012

Dear Judge Hatter,

My name is Bill Degnan and I serve as the founder and CEO of an "evidence based" reentry community based organization; Operation New Hope providing services in the Inland Empire.

Mr. Tony Sclafani and I sat down and reviewed the curriculum he wishes to present to the entire community; community based organizations, law enforcement, parents, and most of all our youth. Working with the severely at risk population for more than 30 years, I have been an advocate of a holistic approach. Mr. Sclafani's concept is a missing piece in our approach in educating our students and families the role of law enforcement.

If Mr. Sclafani is given the opportunity I believe that his years serving as a productive peace officer combined with this unfortunate life experience his presentation would have a significant impact on his audience. I would like to implement Mr. Sclafani's Community Outreach Program to reduce conflictive interactions between the public and law enforcement by implementing quarterly presentations and workshops with our campuses located in Riverside County and San Bernardino County.

Thank you for your consideration to give a second chance to Mr. Sclafani to do a greater good in the community.


Sincerely,

*Bill Degnan RT*

Bill Degnan
Operation New Hope
CEO



WWW.ONHCARES.COM   |   FACEBOOK.COM   |   EMAIL: ONHTEAM@ONHCARES.COM
9340 BASELINE ROAD STE. 105 RANCHO CUCAMONGA, CA 91701

00004



# CERTIFICATE of Completion

*Presented to*
Tony Sclafani

Operation New Hope's Life skills curriculum
**CEU 16 hours**
*Throughout the 2011-2012 Year*
July 3, 2012

Bill Degnan, CEO

00005



# Diocese of San Bernardino
OFFICE OF RESTORATIVE JUSTICE
*OFICINA DE JUSTICIA RESTITUTIVA*

July 16, 2012

Honorable Terry J. Hatter
United States District Judge
United States Courthouse
312 N. Spring Street
Los Angeles, CA 90010

Dear Judge Hatter,

My name is Sister Sue Reif. I am the Director of Restorative Justice for the Catholic Diocese of San Bernardino which covers both Riverside and San Bernardino Counties. The goal of this office is to oversee and expand our Catholic ministry to those affected by crime and to advocate for a system of justice that brings about reconciliation and healing. Some of the things we do include: training volunteers to lead faith sharing groups in juvenile halls, jails and prisons; facilitating a victim offender education group at the women's prison; beginning monthly support groups and days of retreat/healing for those who have lost a loved one to murder; and offering educational workshops for persons who minister to victims and their families.

At the present time, we are working with the California Catholic Bishops' Conference on a statewide Symposium that will be held August 3-4 at Loyola Marymount University in Los Angeles: *"Responsibility, Rehabilitation and Restoration: A Symposium on Crime, Punishment and the Common Good in California.* We see this as an opportunity to bring the Restorative Justice Model to the forefront. The Symposium will focus on a specific call to action for members of the community, including city, state and local government officials, asking them to collectively provide leadership in creating a criminal justice system that is more responsive to everyone impacted by crime, including crime victims, offenders, and communities. After the symposium, we will need more volunteers to help us expand our restorative justice initiatives. **We think that Mr. Tony Sclafani could be very instrumental in helping us do this.**

My co-worker Steve Gomez and I met Mr. Tonly Sclafani earlier this summer, and were very impressed with Mr. Sclafani's professional background, knowledge about and experience in the community, and his passion to make a positive difference in the lives of people. Mr. Tony Sclafani comes across as a person of strong values, deep faith, and commitment to family and community. We are hoping that Mr. Sclafani is able to attend our Symposium in August and work with us afterwards in developing a plan to make *Restorative Justice* more of a reality in our two counties and in the state. We would certainly welcome the opportunity to have Mr. Tony Sclafani help us in this effort.

Sincerely,

*Sister Sue Reif, OSF*

Sister Sue Reif, OSF
Director of Restorative Justice

1201 East Highland Avenue, San Bernardino, CA 92404
Phone: (909) 475-5474 ♦ Fax: (909) 475-5473 ♦ E-mail: sreif@sbdiocese.org

00006