# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - SENTENCING AND JUDGMENT

JS-3

| | |
|---|---|
| Case No. CR 10-00163-TJH | Date JULY 23, 2012 |

Present: The Honorable **TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE**

| Yolanda Skipper | Dana Castellanos | Margaret Carter / Steven M. Arkow |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| Defendant | Custody | Bond | Counsel for Defendant | Retd. | DFPD | Panel | Interpreter |
|---|---|---|---|---|---|---|---|
| Anthony Alonzo Sclafani | ☐ | ☒ | Michael D. Schwartz / Michael Simidjian | ☒ | ☐ | ☐ | N/A |

**PROCEEDINGS:   SENTENCING AND JUDGMENT HEARING   ☐ Contested   ☒ Non-Evidentiary**

**Day ___ (if continued from a prior hearing date)**

___ Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.   **X** Refer to separate Judgment Order.

**X** Other conditions:   Refer to Judgment and Probation Order/Commitment Order

**X** Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court finds the defendant does not have the ability to pay.

**X** Pay   $ 200   per count, special assessment to the United States for a total of   $ 200

___ Imprisonment for   months/years   and for a study pursuant to 18 USC ___ with results to be furnished to the Court within   days/months   whereupon the sentence shall be subject to modification. This matter is set for further hearing on ___

___ Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.

**X** Defendant informed of right to appeal.

___ ORDER sentencing transcript for Sentencing Commission.   **X** Processed statement of reasons.

**X** Bond exonerated   **X** upon surrender   ___ upon service of ___

**X** Execution of sentence is stayed until 12 noon,   SEPTEMBER 24, 2012 at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal.

___ Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.

___ Issued Remand/Release   # ___

___ Present bond to continue as bond on appeal.   Appeal bond set at   $ ___

**X** Filed and distributed judgment. ENTERED.

**X** Other   Witness Jamal White is present and addresses the Court. Steven Novak, Special Agent, FBI is also present.

2 : 23

Initials of Deputy Clerk   YS