1

1 UNITED STATES DISTRICT COURT

2 CENTRAL DISTRICT OF CALIFORNIA

3 WESTERN DIVISION

4 THE HONORABLE TERRY J. HATTER, JR., SENIOR JUDGE PRESIDING

5

6 UNITED STATES OF AMERICA,            )
                                       )
7                   Plaintiff,         )
                                       )
8           vs.                        ) NO. CR 10-163-TJH
                                       )
9 ANTHONY ALONZO SCLAFANI,             )
                                       )
10                  Defendant.         )
   _____)

11

12

13

14 REPORTER'S TRANSCRIPT OF PROCEEDINGS

15 Los Angeles, California

16

17 Friday, February 18, 2012, 4:40 P.M.

18

19 Day 7 of Jury Trial, Page 1 through 8, Inclusive

20

21                                     PAT CUNEO CSR 1600, CRR-CM
                                       Official Reporter
22                                     Roybal Federal Building
                                       255 East Temple Street
23                                     Room 181-E
                                       Los Angeles, CA  90012
24                                     213-290-1817
                                       patcuneo1600@gmail.com
25                                     www.patcuneo.com

*Pat Cuneo, CSR 1600, Official Reporter*

```
 1   APPEARANCES:

 2   FOR THE PLAINTIFF:     ANDRÉ BIROTTE, JR.
                            UNITED STATES ATTORNEY
 3                          BY:  MARGARET L. CARTER
                            and  STEVEN M. ARKOW
 4                          ASSISTANT UNITED STATES ATTORNEYS
                            United States Courthouse
 5                          312 N. Spring Street
                            Los Angeles, California 90012
 6
     FOR THE DEFENDANT:     SILVER, HADDEN & SILVER
 7                          BY:  MICHAEL S. SIMIDJIAN
                                 ATTORNEY AT LAW
 8                          1428 Second Street, Suite 200
                            Santa Monica, California  90401
 9                          310-393-1486

10   ALSO PRESENT:          STEVEN NOVAK, SPECIAL AGENT
                            FEDERAL BUREAU OF INVESTIGATION
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1  **LOS ANGELES, CALIF.; FRIDAY, FEBRUARY 17, 2012; 4:40 P.M.**
2                              -oOo-
3       *(The following was held outside the jury's presence:)*
4            THE CLERK:  Please remain seated and come to
5  order.  This courtroom is again in session.
6            THE COURT:  Good afternoon.  We're outside the
7  presence of the jury, and I just received a note from the
8  jury.  It indicates that they have reached a unanimous
9  verdict and let me see.
10           Juror No. 11 appears to be the Foreperson.
11 Handwriting is more difficult than mine, but I think that's
12 what would be Juror No. 10 or 11.  Yes, Juror No. 11.
13           Anyone wish to be heard before I bring the jury
14 in?
15           MR. ARKOW:  Not from the government, Your Honor.
16           MR. SIMIDJIAN:  No, Your Honor; thank you.
17           THE COURT:  All right.  Let's bring the jury in.
18           We brought the alternate back downstairs, too,
19 just now.
20               *(Pause in the proceedings.)*
21           THE CLERK:  Please rise.
22              *(The jurors entered the courtroom.)*
23           THE COURT:  Please be seated.
24           Ladies and gentlemen, we just received your note
25 indicating that you've reached a unanimous verdict; and the

```
 1   Foreperson's handwriting is as bad as mine; but I think it's
 2   Juror No. 11.  Are you, sir?
 3             THE FOREPERSON:  Correct, sir.
 4             THE COURT:  All right.
 5             Your verdict indeed is unanimous?
 6             THE FOREPERSON:  Yes, sir.
 7             THE COURT:  All right.  And even before I receive
 8   it, I want to thank you on behalf of the parties; and I want
 9   to thank all 13 of you.
10             I know how difficult it is for the 13$^{th}$ member
11   to sit through all of the evidence, the arguments, the
12   instructions and not to have a chance to voice her opinion.
13   But your service is every bit as valuable as that of your 12
14   colleagues and we greatly appreciate it.
15             If you'll give the verdict form to the clerk,
16   please, Miss Potter.
17                   *(The Foreperson complies.)*
18                   *(Pause in the proceedings.)*
19             THE COURT:  Would you please, rise, Mr. Sclafani.
20                      *(Defendant complies.)*
21                           **VERDICT**
22             THE CLERK:  United States District Court, Central
23   District of California, Western Division.
24             United States of America vs. Anthony Sclafani,
25   Criminal Case 10-163-TJH.
```

```
 1            The verdict.
 2            We, the jury, unanimously find the defendant
 3   Anthony Sclafani guilty of deprivation of rights under color
 4   of law as charged in Count 1 of the Indictment and guilty of
 5   deprivation of rights under color of law as charged in
 6   Count 2 of the Indictment.
 7            Date:  February 17, 2012.  Signed by the Jury
 8   Foreperson.
 9            THE COURT:  Thank you.
10            Ladies and gentlemen of the jury, is that your
11   verdict as just read by the clerk?
12            (The jurors indicated in the affirmative.)
13            THE COURT:  They indicate "yes."
14            Would you care to have the jury polled?
15            MR. SIMIDJIAN:  Yes, Your Honor.
16            THE COURT:  All right.  You may be seated.
17            Juror No. 1, is that your verdict, sir?
18            JUROR NO. 1:  Yes.
19            THE COURT:  Juror No. 2?
20            JUROR NO. 2:  It is.
21            THE COURT:  Juror No. 3?
22            JUROR NO. 3:  Yes.
23            THE COURT:  Juror No. 4?
24            JUROR NO. 4:  Yes.
25            THE COURT:  Juror No. 5?
```

```
 1              JUROR NO. 5:  (No audible response.)
 2              THE COURT:  You must answer out loud if you will.
 3              JUROR NO. 5:  Yes.
 4              THE COURT:  Juror No. 6?
 5              JUROR NO. 6:  Yes.
 6              THE COURT:  Juror No. 7?
 7              JUROR NO. 7:  Yes.
 8              THE COURT:  Juror No. 8?
 9              JUROR NO. 8:  Affirmative.
10              THE COURT:  Juror No. 9?
11              JUROR NO. 9:  Yes.
12              THE COURT:  Juror No. 10?
13              JUROR NO. 10:  Yes.
14              THE COURT:  Juror No. 11?
15              THE FOREPERSON:  Yes, Your Honor.
16              THE COURT:  And Juror No. 12?
17              JUROR NO. 12:  Yes.
18              THE COURT:  Thank you.  And, again, I want to
19    thank you all, ladies and gentlemen; and I ask that you go
20    back to the jury room for just a few minutes and I'll be
21    with you.  I'd like to speak with you and thank you all
22    personally.
23              Everyone please rise for the jury.
24              I just have a matter of law I have to take care up
25    and I'll be right with you.
```

1            *(The jurors exited the courtroom.)*
2       *(The following was held outside the jury's presence:)*
3            THE COURT:  Please be seated.
4            We're outside the presence of the jury.
5            Are there any motions at this time, Mr. Simidjian?
6    Anything at this time or do you want to reserve?
7            MR. SIMIDJIAN:  Your Honor, thank you very much
8    for your time.
9            Mr. Schwartz is not here at this moment as he is
10   observing the Sabbath with his family.
11           THE COURT:  Yes.
12           MR. SIMIDJIAN:  I would like for my client to be
13   released on own recognizance until Tuesday when Mr. Schwartz
14   can return and address any additional issues with the court.
15           THE COURT:  Oh, he will be released on his own
16   recognizance.  He'll remain on whatever terms of release he
17   is presently on.
18           We need to set a date for sentencing, however;
19   and, Miss Skipper, do you want to look eight weeks out?
20           *(Court and the clerk conferred.)*
21           THE COURT:  Eight weeks.
22           THE CLERK:  April 16th, 10:00 a.m.
23           THE COURT:  All right.  April 16th at 10:00 a.m.
24   for sentencing.
25           MR. ARKOW:  Your Honor, may I have --

```
 1               THE COURT:  Yes, Mr. Arkow.
 2               MR. ARKOW:  May I have a moment to confer to see
 3   if there are any additional matters the government wants to
 4   raise relative to making any motion?
 5               THE COURT:  Go ahead.
 6                    (Counsel conferred.)
 7               MR. ARKOW:  Nothing further.
 8               THE COURT:  Well, we do have the matter of the
 9   material witness as well; and I'm reluctant to release her
10   until I've gotten a final report from the doctors and we
11   have not heard from them today.
12               Miss Skipper, you haven't heard anything, have
13   you?
14               THE CLERK:  No.
15               THE COURT:  No, I didn't think so.
16               So perhaps we should have a status conference in
17   this matter on Tuesday, and let's do that at 10:00 a.m.
18   Tuesday morning.
19               I want to thank all counsel for a well-tried case.
20   It's difficult but these matters often are.
21               Mr. Simidjian, you can confer with government
22   counsel and Mr. Schwartz later and determine whether or not
23   we need to have Mr. Sclafani here on Tuesday or not.
24               All right?
25               And I think perhaps we should because -- and I
```

```
 1  have to meet with the probation office; and so Tuesday at
 2  10 o'clock, then I expect you to be here.
 3          MR. SIMIDJIAN:  Your Honor, at Tuesday's status
 4  conference, may we also address the hearing set for
 5  April 16?
 6          THE COURT:  Yes.  If it's not a good date, we can
 7  always change it.
 8          MR. SIMIDJIAN:  Thank you, Your Honor.
 9          THE COURT:  Also, often, at least back in my day,
10  the lawyers liked to talk to the jury about trial and always
11  found it to be rather helpful in going forward with other
12  matters.
13          So if any counsel wish to speak to the jurors,
14  those wishing to speak to you, they'll be available to you
15  outside in the hallway in about twenty minutes to half an
16  hour.
17          Again, thank you and I'll see you Tuesday morning
18  at 10 o'clock.
19          THE CLERK:  This court is adjourned.
20          (At 4:51 p.m. proceedings were concluded.)
21
22                           -oOo-
23
24
25
```

**CERTIFICATE**

I, PAT CUNEO, CSR 1600, hereby certify that pursuant to Section 753, Title 28, United States Code, the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Date:   September 20, 2012

/s/ PAT CUNEO

PAT CUNEO, OFFICIAL REPORTER
CSR NO. 1600