# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

FOR COURT USE ONLY
DUE DATE:

## TRANSCRIPT DESIGNATION AND ORDERING FORM

| | | |
|---|---|---|
| 1. NAME: Steven M Arkow | 2. PHONE NUMBER: (213) 894-6283 | 3. DATE: 1/10/2013 |
| 4. FIRM NAME: U.S. Attorney's Office, CDCA | 5. E-MAIL ADDRESS: nicole.piccolini@usdoj.gov | |
| 6. MAILING ADDRESS: 312 N. Spring Street, Suite 1702 | 7. CITY: Los Angeles | 8. STATE: CA  9. ZIP CODE: 90012 |
| 10. CASE NUMBER: CR 10-163 | 11. CASE NAME: U.S. v. Sclafani | 12. JUDGE: TJH |
| 13. APPEAL CASE NUMBER: | 14. ORDER FOR: ☐ APPEAL  ☑ NON-APPEAL  ☐ CRIMINAL JUSTICE ACT  ☐ IN FORMA PAUPERIS  ☑ AUSA  ☐ FPD  ☐ OTHER | |

15. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)
Attach additional page for designations if necessary.

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| 2/7/2012 | Laura Elias | ☐ VOIR DIRE ☐ OPENING STATEMENTS ☐ SETTLEMENT INSTRUCTIONS ☐ CLOSING ARGUMENTS ☐ JURY INSTRUCTIONS ☐ PRE-TRIAL PROCEEDINGS ☑ OTHER (PLEASE SPECIFY): Jury Trial |
| 2/8/2012 | Laura Elias | ☐ VOIR DIRE ☐ OPENING STATEMENTS ☐ SETTLEMENT INSTRUCTIONS ☐ CLOSING ARGUMENTS ☐ JURY INSTRUCTIONS ☐ PRE-TRIAL PROCEEDINGS ☑ OTHER (PLEASE SPECIFY): Jury Trial |
| 2/9/2012 | Laura Elias | ☐ VOIR DIRE ☐ OPENING STATEMENTS ☐ SETTLEMENT INSTRUCTIONS ☐ CLOSING ARGUMENTS ☐ JURY INSTRUCTIONS ☐ PRE-TRIAL PROCEEDINGS ☑ OTHER (PLEASE SPECIFY): Jury Trial |
| 2/10/2012 | Laura Elias | ☐ VOIR DIRE ☐ OPENING STATEMENTS ☐ SETTLEMENT INSTRUCTIONS ☐ CLOSING ARGUMENTS ☐ JURY INSTRUCTIONS ☐ PRE-TRIAL PROCEEDINGS ☑ OTHER (PLEASE SPECIFY): Jury Trial |
| 2/14/2012 | Laura Elias | ☐ VOIR DIRE ☐ OPENING STATEMENTS ☐ SETTLEMENT INSTRUCTIONS ☐ CLOSING ARGUMENTS ☐ JURY INSTRUCTIONS ☐ PRE-TRIAL PROCEEDINGS ☑ OTHER (PLEASE SPECIFY): Jury Trial |

16. ORDER: IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FORMAT | |
|---|---|---|---|
| ORDINARY | ☑ | PAPER COPY | ☐ |
| 14 DAYS | ☐ | PDF FORMAT | ☑ |
| 7 DAYS | ☐ | ASCII FORMAT | ☐ |
| DAILY | ☐ | OTHER | ☐ |
| HOURLY | ☐ | FOR ADDITIONAL COPIES, CONTACT COURT REPORTER OR TRANSCRIPTION AGENCY | |
| REAL TIME | ☐ | | |

19. Transcription agency for digitally recorded proceedings:

(CERTIFICATION 17 & 18)
By signing the below, I certify that I will pay all charges (deposit plus additional).

20. Month: Jan   Day: 10   Year: 2013
Transcript payment arrangements were made with: Laura Elias   Laura Elias

17. DATE: 1/10/2013

NAME OF OFFICIAL: Laura Elias   Laura Elias   Laura Elias

Payment of estimated transcript fees were sent on the following date:
Month: Jan   Day: 10   Year: 2013

18. SIGNATURE: /s/ Nicole Piccolini

G-120 (09/12)

| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | | | FOR COURT USE ONLY<br>DUE DATE: | |
|---|---|---|---|---|
| TRANSCRIPT DESIGNATION AND ORDERING FORM | | | | |
| 1. NAME  Steven M Arkow | 2. PHONE NUMBER  (213) 894-6283 | | 3. DATE  1/10/2013 | |
| 4. FIRM NAME: U.S. Attorney's Office, CDCA | 5. E-MAIL ADDRESS: nicole.piccolini@usdoj.gov | | | |
| 6. MAILING ADDRESS  312 N. Spring Street, Suite 1702 | 7. CITY  Los Angeles | | 8. STATE  CA | 9. ZIP CODE  90012 |
| 10. CASE NUMBER  CR 10-163 | 11. CASE NAME  U.S. v. Sclafani | | 12. JUDGE  TJH | |
| 13. APPEAL CASE NUMBER | 14. ORDER FOR ☐ APPEAL ☑ NON-APPEAL ☐ CRIMINAL JUSTICE ACT<br>☐ IN FORMA PAUPERIS ☑ AUSA ☐ FPD ☐ OTHER | | | |

15. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)
    Attach additional page for designations if necessary.

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| 2/16/2012 | Laura Elias | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS  ☑ OTHER (PLEASE SPECIFY): Jury Trial |
| 2/17/2012 | Laura Elias | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS  ☑ OTHER (PLEASE SPECIFY): Jury Trial |
| | | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |
| | | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |

16. ORDER: IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.

| CATEGORY | ORIGINAL + 1<br>(original to Court, copy to ordering party) | FORMAT | |
|---|---|---|---|
| ORDINARY | ☑ | PAPER COPY | ☐ |
| 14 DAYS | ☐ | PDF FORMAT | ☑ |
| 7 DAYS | ☐ | ASCII FORMAT | ☐ |
| DAILY | ☐ | OTHER | ☐ |
| HOURLY | ☐ | FOR ADDITIONAL COPIES, CONTACT COURT REPORTER OR TRANSCRIPTION AGENCY | |
| REAL TIME | ☐ | | |

19. Transcription agency for digitally recorded proceedings:

(CERTIFICATION 17 & 18)
By signing the below, I certify that I will pay all charges (deposit plus additional).

20. Month: Jan   Day: 10   Year: 2013
Transcript payment arrangements were made with: Laura Elias      Laura Elias

17. DATE: 1/10/2013

NAME OF OFFICIAL: _____
Payment of estimated transcript fees were sent on the following date:
Month: Jan   Day: 10   Year: 2013

18. SIGNATURE: /s/ Nicole Piccolini

G-120 (09/12)